B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois, Eastern Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Van Der Molen, Edward** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Van Der Molen, Deborah** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5950** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5051** |
| Street Address of Debtor (No. and Street, City, and State):<br>**603 N. West St.**<br>**Wheaton, IL**　　　ZIP Code **60187** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**603 N. West St.**<br>**Wheaton, IL**　　　ZIP Code **60187** |
| County of Residence or of the Principal Place of Business:<br>**Dupage** | County of Residence or of the Principal Place of Business:<br>**Dupage** |
| Mailing Address of Debtor (if different from street address):<br>　　　ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>　　　ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(1/08)                                                                                                      Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Van Der Molen, Edward**<br>**Van Der Molen, Deborah** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** **/s/ Michael J. Davis**                    **November 26, 2008**<br>Signature of Attorney for Debtor(s)                (Date)<br>**Michael J. Davis 6197896** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                  Page 3

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Van Der Molen, Edward**<br>**Van Der Molen, Deborah** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Edward Van Der Molen**
Signature of Debtor  **Edward Van Der Molen**

X **/s/ Deborah Van Der Molen**
Signature of Joint Debtor **Deborah Van Der Molen**

Telephone Number (If not represented by attorney)

**November 26, 2008**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X **/s/ Michael J. Davis**
Signature of Attorney for Debtor(s)

**Michael J. Davis 6197896**
Printed Name of Attorney for Debtor(s)

**Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
Firm Name
**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**

Address

**630-510-0000  Fax: 630-510-0004**
Telephone Number

**November 26, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re    **Edward Van Der Molen**
      **Deborah Van Der Molen**                          Case No. _____

                                 Debtor(s)      Chapter    **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☑ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

Official Form 1, Exh. D (10/06) - Cont.

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

□  4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

□  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

□  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

□  Active military duty in a military combat zone.

□  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Edward Van Der Molen**
**Edward Van Der Molen**

Date:  **November 26, 2008**

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re    **Edward Van Der Molen**
     **Deborah Van Der Molen**                                   Case No. _____

                                       Debtor(s)      Chapter    **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☑ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* \_\_\_\_

Official Form 1, Exh. D (10/06) - Cont.

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Deborah Van Der Molen**
                        **Deborah Van Der Molen**

Date:   **November 26, 2008**

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re    **Edward Van Der Molen**
**Deborah Van Der Molen**

                                  Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Addeskin LLC**<br>**380 S. Schmale Rd.**<br>**Carol Stream, IL 60188** | **Addeskin LLC**<br>**380 S. Schmale Rd.**<br>**Carol Stream, IL 60188** | **Loan from Partenrship** | **Contingent**<br>**Unliquidated**<br>**Disputed**<br>**Subject to Setoff** | 241,178.00 |
| **Capital One**<br>**P.O. 105131**<br>**Atlanta, GA 30348** | **Capital One**<br>**P.O. 105131**<br>**Atlanta, GA 30348** | **Consumer debt** | **Unliquidated** | 90,000.00 |
| **Carlton Financial**<br>**c/o Joe Lauver**<br>**150 S. Fifth St., St. 1800**<br>**Minneapolis, MN 55402** | **Carlton Financial**<br>**c/o Joe Lauver**<br>**150 S. Fifth St., St. 1800**<br>**Minneapolis, MN 55402** | **Judgment** | **Contingent**<br>**Disputed**<br>**Subject to Setoff** | 4,000,000.00 |
| **Chase Mastercard**<br>**Cardmember Services**<br>**P.O. Box 60094-4014**<br>**Palatine, IL 60094-4014** | **Chase Mastercard**<br>**Cardmember Services**<br>**P.O. Box 60094-4014**<br>**Palatine, IL 60094-4014** | **Trade debt** |  | 8,382.17 |
| **DuPage County Collector**<br>**PO Box 4203**<br>**Carol Stream, IL 60197** | **DuPage County Collector**<br>**PO Box 4203**<br>**Carol Stream, IL 60197** | **Property taxes owed on commercial property in Lisle, Ill.** | **Contingent**<br>**Unliquidated**<br>**Disputed** | 35,000.00 |
| **Ed Meyer**<br>**1935 Kingsbrook Ct.**<br>**Wheaton, IL 60187** | **Ed Meyer**<br>**1935 Kingsbrook Ct.**<br>**Wheaton, IL 60187** | **Trade debt** |  | 90,000.00<br><br>(0.00 secured) |
| **Inland Bank**<br>**5456 S. LaGrange Road**<br>**La Grange, IL 60525** | **Inland Bank**<br>**5456 S. LaGrange Road**<br>**La Grange, IL 60525** | **Jellystone Park** |  | 550,000.00<br><br>(0.00 secured) |
| **John Propst**<br>**P.O. Box 178**<br>**Pearl River, NY 10965** | **John Propst**<br>**P.O. Box 178**<br>**Pearl River, NY 10965** | **Trade debt** |  | 35,000.00<br><br>(0.00 secured) |
| **Kingdom Properties LLC**<br>**380 S. Schmale Rd.**<br>**Carol Stream, IL 60188** | **Kingdom Properties LLC**<br>**380 S. Schmale Rd.**<br>**Carol Stream, IL 60188** | **Personal loan** | **Contingent**<br>**Unliquidated**<br>**Disputed**<br>**Subject to Setoff** | 161,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Edward Van Der Molen**
**Deborah Van Der Molen**

Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Matt Crisp**<br>**1397 Whichards Beach Rd.**<br>**Chocowinity, NC 27817** | **Matt Crisp**<br>**1397 Whichards Beach Rd.**<br>**Chocowinity, NC 27817** | **Personal guaranty** | **Contingent**<br>**Unliquidated**<br>**Disputed**<br>**Subject to Setoff** | **305,000.00** |
| **National City**<br>**P.O. Box 856176**<br>**Louisville, KY 40285-6176** | **National City**<br>**P.O. Box 856176**<br>**Louisville, KY 40285-6176** | **Trade debt** | | **30,450.00**<br><br>**(0.00 secured)** |
| **National City Mortgage**<br>**3232 Newmark Drive**<br>**Miamisburg, OH 45342** | **National City Mortgage**<br>**3232 Newmark Drive**<br>**Miamisburg, OH 45342** | **Jellystone Park** | | **245,000.00**<br><br>**(0.00 secured)** |
| **Northern Trust**<br>**101 S. Cross Street**<br>**Wheaton, IL 60187** | **Northern Trust**<br>**101 S. Cross Street**<br>**Wheaton, IL 60187** | **Trade debt** | | **14,058.81** |
| **Northgate Holdings**<br>**2111 44th St. SE**<br>**Grand Rapids, MI 49508** | **Northgate Holdings**<br>**2111 44th St. SE**<br>**Grand Rapids, MI 49508** | **Loan  to Debtor** | | **150,000.00**<br><br>**(0.00 secured)** |
| **Ottis Crisp**<br>**60 Harbor Drive**<br>**Chocowinity, NC 27817** | **Ottis Crisp**<br>**60 Harbor Drive**<br>**Chocowinity, NC 27817** | **Trade debt** | | **200,000.00** |
| **Thornhill Center Partnership**<br>**380 S. Schmale rd.**<br>**Carol Stream, IL 60188** | **Thornhill Center Partnership**<br>**380 S. Schmale rd.**<br>**Carol Stream, IL 60188** | **Loan from partnership** | **Contingent**<br>**Unliquidated**<br>**Disputed**<br>**Subject to Setoff** | **270,107.00** |
| **Timberwood Bank**<br>**P.O. Box 880**<br>**Tomah, WI 54660** | **Timberwood Bank**<br>**P.O. Box 880**<br>**Tomah, WI 54660** | **Jellystone Park** | | **105,000.00**<br><br>**(0.00 secured)** |
| **Twin Lakes Master LLC**<br>**380 S. Schmale rd.**<br>**Carol Stream, IL 60188** | **Twin Lakes Master LLC**<br>**380 S. Schmale rd.**<br>**Carol Stream, IL 60188** | **Loan from Partnership** | **Contingent**<br>**Unliquidated**<br>**Disputed**<br>**Subject to Setoff** | **172,000.00** |
| **Wells Fargo Mortgage**<br>**P.O. Box 5296**<br>**Carol Stream, IL 60197-5296** | **Wells Fargo Mortgage**<br>**P.O. Box 5296**<br>**Carol Stream, IL 60197-5296** | **Jellystone Park** | | **102,348.76**<br><br>**(0.00 secured)** |
| **Wheaton Bank**<br>**211 S. Wheaton Ave.**<br>**Wheaton, IL 60187** | **Wheaton Bank**<br>**211 S. Wheaton Ave.**<br>**Wheaton, IL 60187** | **Loan** | | **150,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Edward Van Der Molen**
**Deborah Van Der Molen**

Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

We, **Edward Van Der Molen** and **Deborah Van Der Molen**, the debtors in this case, declare under penalty of perjury that we have read the foregoing list and that it is true and correct to the best of our information and belief.

Date   **November 26, 2008**                       Signature   **/s/ Edward Van Der Molen**

                                                 **Edward Van Der Molen**
                                                 Debtor


Date   **November 26, 2008**                       Signature   **/s/ Deborah Van Der Molen**

                                                 **Deborah Van Der Molen**
                                                 Joint Debtor


*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6D (Official Form 6D) (12/07)

In re  **Edward Van Der Molen,**
**Deborah Van Der Molen,**

Case No. _____

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | | Trade debt | | | | | |
| Ed Meyer 1935 Kingsbrook Ct. Wheaton, IL 60187 | J | | | | | | | | | |
| | | | | | Value $                0.00 | | | | 90,000.00 | 90,000.00 |
| Account No. | | | | | First Mortgage Jellystone Park | | | | | |
| Inland Bank 5456 S. LaGrange Road La Grange, IL 60525 | J | | | | | | | | | |
| | | | | | Value $                0.00 | | | | 550,000.00 | 550,000.00 |
| Account No. | | | | | Trade debt | | | | | |
| John Propst P.O. Box 178 Pearl River, NY 10965 | J | | | | | | | | | |
| | | | | | Value $                0.00 | | | | 35,000.00 | 35,000.00 |
| Account No. | | | | | Trade debt | | | | | |
| National City P.O. Box 856176 Louisville, KY 40285-6176 | J | | | | | | | | | |
| | | | | | Value $                0.00 | | | | 30,450.00 | 30,450.00 |

__1__  continuation sheets attached

Subtotal
(Total of this page)

705,450.00   705,450.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6D (Official Form 6D) (12/07) - Cont.

In re   **Edward Van Der Molen,**
        **Deborah Van Der Molen**                                          Case No. _____

_____,
                        Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.  **National City Mortgage** **3232 Newmark Drive** **Miamisburg, OH 45342** | J | | Mortgage  Jellystone Park  Value $          0.00 | | | | 245,000.00 | 245,000.00 |
| Account No.  **Northgate Holdings** **2111 44th St. SE** **Grand Rapids, MI 49508** | H | | Loan  to Debtor  Value $          0.00 | | | | 150,000.00 | 150,000.00 |
| Account No.  **Timberwood Bank** **P.O. Box 880** **Tomah, WI 54660** | J | | Mortgage  Jellystone Park  Value $          0.00 | | | | 105,000.00 | 105,000.00 |
| Account No.  **Wells Fargo Mortgage** **P.O. Box 5296** **Carol Stream, IL 60197-5296** | J | | Second Mortgage  Jellystone Park  Value $          0.00 | | | | 102,348.76 | 102,348.76 |
| Account No. | | | Value $ | | | | | |

Sheet  __1__  of  __1__  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | 602,348.76 | 602,348.76 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 1,307,798.76 | 1,307,798.76 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                            Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re   **Edward Van Der Molen,**                                                          Case No. _____
        **Deborah Van Der Molen**

_____,
                          Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Edward Van Der Molen,**  
**Deborah Van Der Molen,**

Case No. _____

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**  
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **DuPage County Collector** <br> **PO Box 4203** <br> **Carol Stream, IL 60197** | | H | **Property taxes owed on commercial property in Lisle, Ill.** | X | X | X | <br><br> 35,000.00 | 0.00 <br><br> 35,000.00 |
| Account No. <br><br> **Monroe County Treasurer** <br> **202 S. K St. Rm. 3** <br> **Sparta, WI 54656** | | H | **Taxes owed by Van Der Molen Recreation for resort property. Debtor is potential** | X | X | X | <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> **Village of Warrens** <br> **211 Church Street** <br> **Warrens, WI 54666** | | H | **Room tax owed by Van Der Molen Recreation Inc. Debtor may be responsible corporate officer** | X | X | X | <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> **Wisconsin Department of Revenue** <br> **2135 Rimrock Rd.** <br> **P.O. 8949 Mail Stop 5-77** <br> **Madison, WI 53708** | | H | **Taxes owed by Van Der Molen Recreational Properties Inc. debtor is possible responsible corporate officer** | X | X | X | <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br><br><br> | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to  
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | 35,000.00 | 0.00 <br> 35,000.00 |
| Total <br> (Report on Summary of Schedules) | 35,000.00 | 0.00 <br> 35,000.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re  **Edward Van Der Molen,**
**Deborah Van Der Molen**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Addeskin LLC**<br>**380 S. Schmale Rd.**<br>**Carol Stream, IL 60188** | | H | | | **Loan from Partenrship**<br>**Subject to setoff.** | X | X | X | **241,178.00** |
| Account No.<br><br>**Alliant Utilities**<br>**P.O. 3068**<br>**Cedar Rapids, IA 52406** | | H | | | **Personal Guaranty**<br>**Subject to setoff.** | X | X | X | **Unknown** |
| Account No.<br><br>**American Bank & Trust**<br>**2580 Foxfield Rd.**<br>**Saint Charles, IL 60174** | | H | | | **Personal Guaranty**<br>**Subject to setoff.** | X | X | X | **Unknown** |
| Account No.<br><br>**American Bank and Trust**<br>**1542 S. Randall rd.**<br>**Geneva, IL 60134** | | J | | | **Personal Guaranty**<br>**Subject to setoff.** | X | X | X | **Unknown** |

__8__  continuation sheets attached

Subtotal
(Total of this page)

**241,178.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    S/N:33434-081118    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edward Van Der Molen,**                                                     Case No. _____
**Deborah Van Der Molen**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Bank of Mauston**<br>**503 State Rd. 82 E.**<br>**Mauston, WI 53948** | | H | | **Personal Guaranty**<br>**Subject to setoff.** | X | X | X | **Unknown** |
| Account No.<br><br>**Bank of the West**<br>**P.O. 1295**<br>**Issaquah, WA 98027** | | H | | **Personal Guaranty**<br>**Subject to setoff.** | X | X | X | **Unknown** |
| Account No.<br><br>**Beverly Paigen**<br>**70 Old Farm Rd.**<br>**Bar Harbor, ME 04609** | | H | | **Personal Guaranty**<br>**Subject to setoff.** | X | X | X | **Unknown** |
| Account No.<br><br>**BLX Capital LLC**<br>**1633 Broadway 39th Floor**<br>**New York, NY 10019** | | H | | **Personal Guaranty**<br>**Subject to setoff.** | X | X | X | **Unknown** |
| Account No.<br><br>**Canon Finacial Services**<br>**P.O. 4004**<br>**Carol Stream, IL 60197** | | H | | **Personal Guaranty**<br>**Subject to setoff.** | X | X | X | **Unknown** |

Sheet no. __1__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                **0.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Edward Van Der Molen,**
**Deborah Van Der Molen**

Case No. _____

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Consumer debt | | | | |
| **Capital One** **P.O. 105131** **Atlanta, GA 30348** | | H | | | | X | | 90,000.00 |
| Account No. | | | | Judgment Subject to setoff. | | | | |
| **Carlton Financial** **c/o Joe Lauver** **150 S. Fifth St., St. 1800** **Minneapolis, MN 55402** | | H | | | X | | X | 4,000,000.00 |
| Account No. | | | | Consumer debt | | | | |
| **Chase** **P.P. 15153** **Wilmington, DE 19886** | | H | | | | X | | 8,000.00 |
| Account No. **4366-1630-4122-2221** | | | | Trade debt | | | | |
| **Chase Mastercard** **Cardmember Services** **P.O. Box 94104** **Palatine, IL 60094-4014** | | J | | | | | | 7,095.85 |
| Account No. **5401-6830-1458-1141** | | | | Trade debt | | | | |
| **Chase Mastercard** **Cardmember Services** **P.O. Box 60094-4014** **Palatine, IL 60094-4014** | | J | | | | | | 8,382.17 |

Sheet no. __2___ of __8___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,113,478.02

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Edward Van Der Molen,**
        **Deborah Van Der Molen**                                   Case No. _____

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | **Personal Guaranty** **Subject to setoff.** | | | | |
| **Dolphin Capital** **P.O. 605** **Moberly, MO 65270** | | H | | | X | X | X | **Unknown** |
| Account No. | | | | **Personal Guaranty** **Subject to setoff.** | | | | |
| **Farmers and Merchants Bank** **1001 Superior Ave.** **Tomah, WI 54660** | | H | | | X | X | X | **Unknown** |
| Account No. | | | | **Personal Guaranty** **Subject to setoff.** | | | | |
| **Fifth Third Bank** **222 S. Riverside** **Chicago, IL 60606** | | H | | | X | X | X | **Unknown** |
| Account No. | | | | **Personal Guaranty** **Subject to setoff.** | | | | |
| **Great Lakes Commercial** **12705 Robin Lane** **Brookfield, WI 53005** | | H | | | X | X | X | **Unknown** |
| Account No. | | | | **Personal Guaranty** **Subject to setoff.** | | | | |
| **Ingersoll Rand** **P.O. 6229** **Carol Stream, IL 60197** | | H | | | X | X | X | **Unknown** |

Sheet no. __3__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Edward Van Der Molen,**             Case No. _____
      **Deborah Van Der Molen**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Inland bank** <br> **1120 S. Old Rand Rd.** <br> **Lake Zurich, IL 60047** | | H | **Personal Guaranty** <br> **Subject to setoff.** | X | X | X | Unknown |
| Account No. <br><br> **Kingdom Properties LLC** <br> **380 S. Schmale Rd.** <br> **Carol Stream, IL 60188** | | H | **Personal loan** <br> **Subject to setoff.** | X | X | X | 161,000.00 |
| Account No. <br><br> **Leaf Financial** <br> **P.O. 643172** <br> **Cincinnati, OH 45264** | | H | **Personal Guaranty** <br> **Subject to setoff.** | X | X | X | Unknown |
| Account No. <br><br> **Marlin Leasing** <br> **P.O. 13604** <br> **Philadelphia, PA 19101** | | H | **Personal Guaranty** <br> **Subject to setoff.** | X | X | X | Unknown |
| Account No. <br><br> **Matt Crisp** <br> **1397 Whichards Beach Rd.** <br> **Chocowinity, NC 27817** | | H | **Personal guaranty** <br> **Subject to setoff.** | X | X | X | 305,000.00 |

Husband, Wife, Joint, or Community

Sheet no. __4__ of __8__ sheets attached to Schedule of           Subtotal
Creditors Holding Unsecured Nonpriority Claims         (Total of this page)      **466,000.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Edward Van Der Molen,**
        **Deborah Van Der Molen**                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Merchants Capital P.O. 248 Winona, MN 55987** | | H | | Personal Guaranty Subject to setoff. | X | X | X | **Unknown** |
| Account No. **National City Bank 2650 Warrenville Rd. St. 500 Downers Grove, IL 60515** | | H | | Personal Guaranty Subject to setoff. | X | X | X | **Unknown** |
| Account No. 0002138069 **Northern Trust 101 S. Cross Street Wheaton, IL 60187** | | J | | Trade debt | | | | **14,058.81** |
| Account No. **Northern Trust 4 N. Washington Hinsdale, IL 60521** | | H | | Personal Guaranty Subject to setoff. | X | X | X | **Unknown** |
| Account No. **Ottis Crisp 60 Harbor Drive Chocowinity, NC 27817** | | H | | Trade debt | | | | **200,000.00** |

Sheet no. __5__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **214,058.81**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward Van Der Molen,**
**Deborah Van Der Molen**                                           Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **Account No.** | | | | Personal Guaranty Subject to setoff. | | | | |
| Pacjets Financial P.O. 1170 Milwaukee, WI 53201 | | H | | | X | X | X | |
| | | | | | | | | Unknown |
| **Account No.** | | | | Personal Guaranty Subject to setoff. | | | | |
| Private Bank 1100 Jorie Blvd. Oak Brook, IL 60523 | | H | | | X | X | X | |
| | | | | | | | | Unknown |
| **Account No.** | | | | Personal Guaranty Subject to setoff. | | | | |
| Puget Sound Leasing P.O. 1295 Issaquah, WA 98027 | | H | | | X | X | X | |
| | | | | | | | | Unknown |
| **Account No.** | | | | Personal Guaranty Subject to setoff. | | | | |
| Salter Path Inc. 1620 Salter Path Rd. Atlantic Beach, NC 28512 | | H | | | X | X | X | |
| | | | | | | | | Unknown |
| **Account No.** | | | | Personal Guaranty Subject to setoff. | | | | |
| Salutas Group 440 N. McClurg Ct., St. 711 Chicago, IL 60611 | | H | | | X | X | X | |
| | | | | | | | | Unknown |

Sheet no. __6__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Edward Van Der Molen,**
**Deborah Van Der Molen**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Personal Guaranty** **Subject to setoff.** | | | | |
| **Southport Bank** **23604 75th St.** **Salem, WI 53168** | | H | | X | X | X | |
| | | | | | | | **Unknown** |
| Account No. | | | **Personal Guaranty** **Subject to setoff.** | | | | |
| **Textron Financial** **Dept AT 40219** **Atlanta, GA 31192** | | H | | X | X | X | |
| | | | | | | | **Unknown** |
| Account No. | | | **Loan from partnership** **Subject to setoff.** | | | | |
| **Thornhill Center Partnership** **380 S. Schmale rd.** **Carol Stream, IL 60188** | | H | | X | X | X | |
| | | | | | | | **270,107.00** |
| Account No. | | | **Loan from Partnership** **Subject to setoff.** | | | | |
| **Twin Lakes Master LLC** **380 S. Schmale rd.** **Carol Stream, IL 60188** | | H | | X | X | X | |
| | | | | | | | **172,000.00** |
| Account No. | | | **Personal Guaranty** **Subject to setoff.** | | | | |
| **VGM Financial Services** **P.O. 78523** **Milwaukee, WI 53278** | | H | | X | X | X | |
| | | | | | | | **Unknown** |

Sheet no. __7__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**442,107.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Edward Van Der Molen,**
**Deborah Van Der Molen**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Wachovia Bank** 820 Red Banks Rd. Greenville, NC 27858 | | H | | Personal Guaranty **Subject to setoff.** | X | X | X | **Unknown** |
| Account No. **Welch Leasing** 440 N. McClurg Ct., St. 711 Chicago, IL 60611 | | H | | Personal Guaranty **Subject to setoff.** | X | X | X | **Unknown** |
| Account No. **Wheaton Bank** 211 S. Wheaton Ave. Wheaton, IL 60187 | | J | | Loan | | | | **150,000.00** |
| Account No. **Yard Card Plus** P.O. 688 Memphis, TN 38101 | | H | | Personal Guaranty **Subject to setoff.** | X | X | X | **Unknown** |
| Account No. | | | | | | | | |

| Sheet no. __8__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **150,000.00** |
|---|---|---|
| | Total (Report on Summary of Schedules) | **5,626,821.83** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Addeskin LLC
380 S. Schmale Rd.
Carol Stream, IL 60188

Alliant Utilities
P.O. 3068
Cedar Rapids, IA 52406

American Bank & Trust
2580 Foxfield Rd.
Saint Charles, IL 60174

American Bank and Trust
1542 S. Randall rd.
Geneva, IL 60134

Bank of Mauston
503 State Rd. 82 E.
Mauston, WI 53948

Bank of the West
P.O. 1295
Issaquah, WA 98027

Beverly Paigen
70 Old Farm Rd.
Bar Harbor, ME 04609

BLX Capital LLC
1633 Broadway 39th Floor
New York, NY 10019

Canon Finacial Services
P.O. 4004
Carol Stream, IL 60197

Capital One
P.O. 105131
Atlanta, GA 30348

Carlton Financial
c/o Joe Lauver
150 S. Fifth St., St. 1800
Minneapolis, MN 55402

Chase
P.O. Box 15651
Wilmington, DE 19886-5651


Chase Mastercard
Cardmember Services
P.O. Box 60094-4014
Palatine, IL 60094-4014


Dolphin Capital
P.O. 605
Moberly, MO 65270


DuPage County Collector
PO Box 4203
Carol Stream, IL 60197


Ed Meyer
1935 Kingsbrook Ct.
Wheaton, IL 60187


Farmers and Merchants Bank
1001 Superior Ave.
Tomah, WI 54660


Fifth Third Bank
222 S. Riverside
Chicago, IL 60606


Great Lakes Commercial
12705 Robin Lane
Brookfield, WI 53005


Ingersoll Rand
P.O. 6229
Carol Stream, IL 60197


Inland bank
1120 S. Old Rand Rd.
Lake Zurich, IL 60047


John Propst
P.O. Box 178
Pearl River, NY 10965

Kingdom Properties LLC
380 S. Schmale Rd.
Carol Stream, IL 60188


Leaf Financial
P.O. 643172
Cincinnati, OH 45264


Marlin Leasing
P.O. 13604
Philadelphia, PA 19101


Matt Crisp
1397 Whichards Beach Rd.
Chocowinity, NC 27817


Merchants Capital
P.O. 248
Winona, MN 55987


Monroe County Treasurer
202 S. K St. Rm. 3
Sparta, WI 54656


National City
P.O. Box 856176
Louisville, KY 40285-6176


National City Bank
2650 Warrenville Rd. St. 500
Downers Grove, IL 60515


National City Mortgage
3232 Newmark Drive
Miamisburg, OH 45342


Northern Trust
4 N. Washington
Hinsdale, IL 60521


Northgate Holdings
2111 44th St. SE
Grand Rapids, MI 49508

Ottis Crisp
60 Harbor Drive
Chocowinity, NC 27817


Pacjets Financial
P.O. 1170
Milwaukee, WI 53201


Private Bank
1100 Jorie Blvd.
Oak Brook, IL 60523


Puget Sound Leasing
P.O. 1295
Issaquah, WA 98027


Salter Path Inc.
1620 Salter Path Rd.
Atlantic Beach, NC 28512


Salutas Group
440 N. McClurg Ct., St. 711
Chicago, IL 60611


Southport Bank
23604 75th St.
Salem, WI 53168


Textron Financial
Dept AT 40219
Atlanta, GA 31192


Thornhill Center Partnership
380 S. Schmale rd.
Carol Stream, IL 60188


Timberwood Bank
P.O. Box 880
Tomah, WI 54660


Twin Lakes Master LLC
380 S. Schmale rd.
Carol Stream, IL 60188

VGM Financial Services
P.O. 78523
Milwaukee, WI 53278


Village of Warrens
211 Church Street
Warrens, WI 54666


Wachovia Bank
820 Red Banks Rd.
Greenville, NC 27858


Welch Leasing
440 N. McClurg Ct., St. 711
Chicago, IL 60611


Wells Fargo Mortgage
P.O. Box 5296
Carol Stream, IL 60197-5296


Wheaton Bank
211 S. Wheaton Ave.
Wheaton, IL 60187


Wisconsin Department of Revenue
2135 Rimrock Rd.
P.O. 8949 Mail Stop 5-77
Madison, WI 53708


Yard Card Plus
P.O. 688
Memphis, TN 38101