**UNITED STATES BANKRUPTCY COURT**
NORTHERN  DISTRICT OF  ILLINOIS

In re:                                §
                                      §
VAN DER MOLEN, EDWARD                 §    Case No. 08-32493 PSH
VAN DER MOLEN, DEBORAH                §
                                      §
         Debtors                      §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF BANKRUPTCY COURT
          KENNETH S. GARDNER

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 03/09/2017 in Courtroom 644,
          Everett McKinley Dirksen US Courthouse
          219 S Dearborn Street
          Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/13/2017                    By: Gina B. Krol
                                                                     Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
VAN DER MOLEN, EDWARD § Case No. 08-32493 PSH
VAN DER MOLEN, DEBORAH §
§
Debtors §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 1,523,694.07 |
| and approved disbursements of | $ 602,775.53 |
| leaving a balance on hand of[1] | $ 920,918.54 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 68,960.82 | $ 0.00 | $ 68,960.82 |
| Trustee Expenses: GINA B. KROL | $ 121.92 | $ 0.00 | $ 121.92 |
| Attorney for Trustee Fees: Cohen & Krol | $ 39,145.25 | $ 0.00 | $ 39,145.25 |
| Attorney for Trustee Expenses: Cohen & Krol | $ 864.36 | $ 0.00 | $ 864.36 |
| Other: International Sureties Ltd. | $ 3,663.50 | $ 3,663.50 | $ 0.00 |
| Other: ADAMS-LEVINE | $ 1,045.31 | $ 1,045.31 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 109,092.35 |
| Remaining Balance | | | $ 811,826.19 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: SPRINGER, BROWN, COVEY, | $ 17,622.79 | $ 0.00 | $ 17,622.79 |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses | $ 17,622.79 |
| Remaining Balance | $ 794,203.40 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 2,304,059.54 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000067A | Wisconsin Department of Revenue Special Procedures Unit P.O. 8901 Madison, WI 53708-8901 | $ 2,234,453.29 | $ 0.00 | $ 770,210.30 |
| 000068 | Department of the Treasury-IRS Internal Revenue Service PO Box 21126 Philadelphia PA 19114 | $ 69,606.25 | $ 0.00 | $ 23,993.10 |
| 000087 | Monroe County Treasurer 202 S. K St. Rm. 3 Sparta, WI 54656 | $ 0.00 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to priority creditors | $ 794,203.40 |
| Remaining Balance | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 114,644,578.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Timberwood Bank<br>P.O. Box 880<br>Tomah, WI 54660 | $ 136,114.39 | $ 0.00 | $ 0.00 |
| 000002 | Dolphin Capital<br>P.O. 605<br>Moberly, MO 65270 | $ 2,245.16 | $ 0.00 | $ 0.00 |
| 000003A | Carlton Financial Corporation<br>c/o Clark Hill PLC<br>150 N. Michigan Ave., Ste. 2400<br>Chicago, IL 60601 | $ 875,000.00 | $ 0.00 | $ 0.00 |
| 000003B | Carlton Financial Corporation<br>c/o Clark Hill PLC<br>150 N. Michigan Ave., Ste. 2400<br>Chicago, IL 60601 | $ 2,262,143.74 | $ 0.00 | $ 0.00 |
| 000004 | National City Mortgage<br>c/o Pierce & Associates, P.C.<br>One North Dearborn, Suite 1300<br>Chicago, IL 60602 | $ 241,538.03 | $ 0.00 | $ 0.00 |
| 000005 | National City Bank<br>c/o Atty Claire Ann Resop<br>von Briesen & Roper, SC<br>3 South Pinckney St, Ste 1000<br>Madison WI 53703-4200 | $ 4,085,515.28 | $ 0.00 | $ 0.00 |
| 000006 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | $ 8,459.66 | $ 0.00 | $ 0.00 |
| 000007A | Bank of Mauston<br>c/o Michael B. Van Sicklen<br>Foley & Lardner LLP<br>PO Box 1497<br>Madison, WI 53701 | $ 655,700.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007B | Bank of Mauston<br>c/o Michael B. Van Sicklen<br>Foley & Lardner LLP<br>PO Box 1497<br>Madison, WI 53701 | $ 28,463,995.00 | $ 0.00 | $ 0.00 |
| 000008 | Inland Bank and Trust<br>2225 S. Wolf Road<br>Hillside, IL 60162 | $ 553,513.12 | $ 0.00 | $ 0.00 |
| 000009 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $ 7,095.85 | $ 0.00 | $ 0.00 |
| 000010 | Puget Sound Leasing a Division of First Sound Bk<br>5150 Village Park Dr Ste 200<br>Bellevue WA 98006 | $ 101,308.01 | $ 0.00 | $ 0.00 |
| 000011 | JPMorgan Chase Bank, N.A.<br>201 N Central Ave, AZ1-1191<br>Phoenix, AZ 85004 | $ 4,048.44 | $ 0.00 | $ 0.00 |
| 000012 | Wells Fargo Bank, N.A.<br>c/o One Home Campus<br>MAC X2302-04c<br>Des Moines, Iowa 50328-0001 | $ 97,423.30 | $ 0.00 | $ 0.00 |
| 000013 | Pacjets Financial Ltd<br>414 Broadway<br>PO Box 342<br>Baraboo WI 53913 | $ 127,681.94 | $ 0.00 | $ 0.00 |
| 000014 | Northgate Holdings<br>2855 44th St SW #100<br>Grandville MI 49418 | $ 150,974.34 | $ 0.00 | $ 0.00 |
| 000015 | Wells Fargo Bank, N.A<br>MAC S4101-08C<br>100 W. Washington St.<br>Phoenix AZ 85003 | $ 23,005.28 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000016 | Leaf Financial<br>c/o Thomas V Askounis Esq<br>ASKOUNIS & DARCY PC<br>401 N Michigan Ave Ste 550<br>Chicago IL 60611 | $ 1,488,289.72 | $ 0.00 | $ 0.00 |
| 000017 | The Private Bank and Trust Company<br>120 South LaSalle Street<br>Chicago, IL 60603 | $ 1,495,812.49 | $ 0.00 | $ 0.00 |
| 000018 | Daniel Coglianese<br>Joel A Stein<br>Deutsch, Levy & Engel, Chtd<br>225 W Washington St Ste 1700<br>Chicago IL 60606 | $ 899,190.00 | $ 0.00 | $ 0.00 |
| 000019 | Cram, John H & Barbara J<br>721 W Council St<br>Tomah, WI 54660 | $ 71,001.20 | $ 0.00 | $ 0.00 |
| 000020 | Fifth Third Bank<br>c/o Jeffrey S. Burns<br>Crowley Barrett & Karaba, Ltd.<br>20 S. Clark Street, Suite 2310<br>Chicago, IL 60603 | $ 1,705,365.95 | $ 0.00 | $ 0.00 |
| 000021 | Ottis Crisp<br>1397 Whichard Beach Road<br>Chocowinity, NC 27817 | $ 200,000.00 | $ 0.00 | $ 0.00 |
| 000022 | Jesse Crisp, Agent for Kingdom Properties LLC<br>1397 Whichards Beach Road<br>Chocowinity, NC 27817 | $ 161,377.78 | $ 0.00 | $ 0.00 |
| 000023 | Jesse Crisp, Manager for Twin Lakes Master LLC<br>1397 Whichards Beach Road<br>Chocowinity, NC 277817 | $ 174,956.07 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000024 | Jesse Crisp, Manager for Twin Lakes Master LLC<br>1397 Whichards Beach Road<br>Chocowinity, NC 277817 | $ 56,000.00 | $ 0.00 | $ 0.00 |
| 000025 | Sexauer Michael & Kathryn<br>c/o Brookhouse Law Offices<br>5455 Sheridan Rd #202<br>Kenosha WI 53140<br>Attn: Justin R Hemsing | $ 18,742.50 | $ 0.00 | $ 0.00 |
| 000026 | Tall Pines Campground Inc<br>c/o Brookhouse Law Offices<br>5455 Sheridan Rd #202<br>Kenosha WI 53140<br>Attn: Justin R Hemsing | $ 26,543.43 | $ 0.00 | $ 0.00 |
| 000027 | Killinger, Tim & Linda<br>c/o Brookhouse Law Offices<br>5455 Sheridan Rd #202<br>Kenosha WI 53140<br>Attn: Justin R Hemsing | $ 1,969.89 | $ 0.00 | $ 0.00 |
| 000028 | Salter Path Camp Ground Inc<br>c/o Brookhouse Law Offices<br>5455 Sheridan Rd #202<br>Kenosha WI 53140<br>Attn: Justin R Hemsing | $ 550,622.03 | $ 0.00 | $ 0.00 |
| 000029 | BV Ventures LLC<br>c/o Brookhouse Law Offices<br>5455 Sheridan Rd #202<br>Kenosha WI 53140<br>Attn: Justin R Hemsing | $ 7,879.50 | $ 0.00 | $ 0.00 |
| 000030 | Van Der Molen, Gail<br>c/o Brookhouse Law Offices<br>5455 Sheridan Rd #202<br>Kenosha WI 53140<br>Attn: Justin R Hemsing | $ 2,027.82 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000031 | Marval Inc<br>c/o Brookhouse Law Offices<br>5455 Sheridan Rd #202<br>Kenosha WI 53140<br>Attn: Justin R Hemsing | $ 19,958.31 | $ 0.00 | $ 0.00 |
| 000032 | LaBancz, R d/b/a Cheep Enterprises<br>c/o Brookhouse Law Offices<br>5455 Sheridan Rd #202<br>Kensoha WI 53140<br>Attn: Justin R Hemsing | $ 32,108.97 | $ 0.00 | $ 0.00 |
| 000033 | Green, Hayden D / E Green<br>c/o Brookhouse Law Offices<br>5455 Sheridan Rd #202<br>Kenosha WI 53140<br>Attn: Justin R Hemsing | $ 9,733.50 | $ 0.00 | $ 0.00 |
| 000034 | Welch, George L<br>c/o Brookhouse Law Offices<br>5455 Sheridan Rd #202<br>Kenosha WI 53140<br>Attn: Justin R Hemsing | $ 314,781.59 | $ 0.00 | $ 0.00 |
| 000035 | Van Der Molen, Jeffrey<br>c/o Brookhouse Law Offices<br>5455 Sheridan Rd #202<br>Kenosha WI 53140<br>Attn: Justin R Hemsing | $ 16,299.44 | $ 0.00 | $ 0.00 |
| 000036 | Wachovia Bank Nat'l Assn<br>Margaret R Westbrook<br>K&L Gates LLP<br>POB 17047<br>Raleigh NC 27619-7047 | $ 1,521,656.38 | $ 0.00 | $ 0.00 |
| 000037 | George L Welch Revocable Trust<br>c/o George L Welch, Trustee<br>440 N McClurg Ste 711<br>Chicago IL 60611 | $ 390,984.62 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000038A | George L Welch Revocable Trust c/o George L Welch, Trustee 440 N McClurg Ste 711 Chicago IL 60611 | $ 182,000.00 | $ 0.00 | $ 0.00 |
| 000038B | George L Welch Revocable Trust c/o George L Welch, Trustee 440 N McClurg Ste 711 Chicago IL 60611 | $ 53,102.00 | $ 0.00 | $ 0.00 |
| 000039 | Twin Lakes Land LLC as agent of Kingdom Properties 1397 Whichards Beach Rd Chocowinity, NC 277817 | $ 907,288.52 | $ 0.00 | $ 0.00 |
| 000040 | Twin Lakes Land LLC as agent of Kingdom Properties 1397 Whichards Beach Rd Chocowinity, NC 277817 | $ 773,981.73 | $ 0.00 | $ 0.00 |
| 000041 | Twin Lakes Land LLC as agent of Kingdom Properties 1397 Whichards Beach Rd Chocowinity, NC 277817 | $ 776,787.33 | $ 0.00 | $ 0.00 |
| 000042 | Twin Lakes Land as the agent of Twin Lakes Master, 1397 Whichards Beach Road Chocowinity, NC 27817 | $ 213,639.07 | $ 0.00 | $ 0.00 |
| 000043 | Twin Lakes Land as the agent of Twin Lakes Master, 1397 Whichards Beach Road Chocowinity, NC 27817 | $ 167,447.44 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000044 | Twin Lakes Land as the agent of Twin Lakes Master, 1397 Whichards Beach Road Chocowinity, NC 27817 | $ 167,562.51 | $ 0.00 | $ 0.00 |
| 000045 | Twin Lakes Land as the agent of Twin Lakes Master, 1397 Whichards Beach Road Chocowinity, NC 27817 | $ 167,364.50 | $ 0.00 | $ 0.00 |
| 000046 | Twin Lakes Land as the agent of Twin Lakes Master, 1397 Whichards Beach Road Chocowinity, NC 27817 | $ 167,508.75 | $ 0.00 | $ 0.00 |
| 000047 | PDSK, LLC as the agent of Alana Investments, LLC 501 E. Prairie Ave Wheaton IL 60187 | $ 49,211.69 | $ 0.00 | $ 0.00 |
| 000048 | Rail Sidings of Kenosha LLC 380 S Schmale Rd Ste 100 Carol Stream IL 60188 | $ 707,280.27 | $ 0.00 | $ 0.00 |
| 000049 | Van Der Molen, Jeff 24019 W Coal City Rd Wilmington, IL 60481 | $ 236,568.17 | $ 0.00 | $ 0.00 |
| 000050 | Addesken Properties LLC 24019 W Coal City Road Wilmington, IL 60481 | $ 246,725.51 | $ 0.00 | $ 0.00 |
| 000051 | Thornhill Center Partnership 24019 W Coal City Road Wilmington, IL 60481 | $ 204,751.84 | $ 0.00 | $ 0.00 |
| 000052 | Thornhill Center Partnership 24019 W Coal City Road Wilmington, IL 60481 | $ 73,492.57 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000053 | Van Der Molen Properties Assn<br>380 S Scxhmale Rd Ste 100<br>Carol Stream IL 60188 | $ 1,703,635.34 | $ 0.00 | $ 0.00 |
| 000054 | Atrium Investments<br>24019 W Coal City<br>Wilmington, IL 60481 | $ 642,891.14 | $ 0.00 | $ 0.00 |
| 000055 | Bruce Bryant<br>c/o Atty Catherine J. Furay<br>Murphy Desmond S.C.<br>33 E Main St. POB 2038<br>Madison WI 53701-2038 | $ 35,303,528.54 | $ 0.00 | $ 0.00 |
| 000056 | American Bank & Trust Co., N.A.<br>c/o Colleen E. McManus<br>Much Shelist, et.al.<br>191 N. Wacker Dr., #1800<br>Chicago, IL 60606 | $ 2,718,350.10 | $ 0.00 | $ 0.00 |
| 000057 | Kevin Hoag, Kristi Hoag, Jeff Arzt & Linda Arzt<br>C/o Johns, Flaherty & Collins, S.C.<br>Attn: Michael Stoker<br>205 5th Ave South, Suite 600<br>LaCrosse WI 54601 | $ 137,700.00 | $ 0.00 | $ 0.00 |
| 000058 | Jeffrey & Melanee Foss<br>Johns, Flaherty & Collins<br>Attn: Michael Stoker<br>205 5th Ave South Ste 600<br>La Crosse WI 54601 | $ 141,750.00 | $ 0.00 | $ 0.00 |
| 000059 | Karen Elizabeth Chong Trust<br>c/o Rathje & Woodward LLC<br>300 E. Roosevelt Road, Suite 300<br>Wheaton, Illinois 60187 | $ 1,783,500.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000060 | Andrew Kok-Choy Maritial Trust<br>c/o Rathje & Woodward LLC<br>300 E. Roosevelt Road, Suite 300<br>Wheaton, Illinois 60187 | $ 1,783,500.00 | $ 0.00 | $ 0.00 |
| 000061 | Sarah Ai-Lin Chong Trust<br>c/o Rathje & Woodward LLC<br>300 E. Roosevelt Road, Suite 300<br>Wheaton, Illinois 60187 | $ 1,783,500.00 | $ 0.00 | $ 0.00 |
| 000062 | David Yung-Ping Chong Trust<br>c/o Rathje & Woodward LLC<br>300 E. Roosevelt Road, Suite 300<br>Wheaton, Illinois 60187 | $ 1,783,500.00 | $ 0.00 | $ 0.00 |
| 000063 | Paul Yung-Wei Chong Trust<br>c/o Rathje & Woodward LLC<br>300 E. Roosevelt Road, Suite 300<br>Wheaton, Illinois 60187 | $ 1,783,500.00 | $ 0.00 | $ 0.00 |
| 000064A | Marlin Leasing Corp<br>300 Fellowship Rd<br>Mt Laurel NJ 08054 | $ 50,000.00 | $ 0.00 | $ 0.00 |
| 000064B | Marlin Leasing Corp<br>300 Fellowship Rd<br>Mt Laurel NJ 08054 | $ 18,405.26 | $ 0.00 | $ 0.00 |
| 000065 | National City Bank<br>c/o Atty Claire Ann Resop<br>von Briesen & Roper, SC<br>3 South Pinckney St, Ste 1000<br>Madison WI 53703-4200 | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000066 | Sysco Food Services of Baraboo<br>Kohner Mann & Kailas SC<br>Washington Bldg/Barnabas Business Ctr<br>4650 N Port Washington Rd<br>Milwaukee WI 53212-1059 | $ 9,302.11 | $ 0.00 | $ 0.00 |
| 000069 | Sysco Food Services of Baraboo<br>Kohner Mann & Kailas SC<br>Washington Bldg/Barnabas Business Ctr<br>4650 N Port Washington Rd<br>Milwaukee WI 53212-1059 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000070 | Timberwood Bank<br>P.O. Box 880<br>Tomah, WI 54660 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000071 | Advanta Bank Corp.<br>POB 3001<br>Malvern, PA 19355-0701 | $ 13,639.31 | $ 0.00 | $ 0.00 |
| 000072 | National City Bank<br>c/o Atty Claire Ann Resop<br>von Briesen & Roper, SC<br>3 South Pinckney St, Ste 1000<br>Madison WI 53703-4200 | $ 4,055,177.72 | $ 0.00 | $ 0.00 |
| 000073 | Puget Sound Leasing Co Inc<br>Wells Fargo Equiment Finance<br>Inc, Attn: Rachel Owens<br>1540 W Fountainhead Pkwy<br>Tempe AZ 85282 | $ 94,378.83 | $ 0.00 | $ 0.00 |
| 000074 | Ottis Crisp<br>1397 Whichard Beach Road<br>Chocowinity, NC 27817 | $ 200,000.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000075 | Jesse Crisp, Agent for Kingdom Properties LLC<br>1397 Whichards Beach Road<br>Chocowinity, NC 27817 | $ 161,377.78 | $ 0.00 | $ 0.00 |
| 000076 | Jesse Crisp, Manager for Twin Lakes Master LLC<br>1397 Whichards Beach Road<br>Chocowinity, NC 277817 | $ 174,956.07 | $ 0.00 | $ 0.00 |
| 000077 | Jesse Crisp, Manager for Twin Lakes Master LLC<br>1397 Whichards Beach Road<br>Chocowinity, NC 277817 | $ 56,000.00 | $ 0.00 | $ 0.00 |
| 000078 | Twin Lakes Land LLC as agent of Kingdom Properties<br>1397 Whichards Beach Rd<br>Chocowinity, NC 277817 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000079 | Twin Lakes Land LLC as agent of Kingdom Properties<br>1397 Whichards Beach Rd<br>Chocowinity, NC 277817 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000080 | Twin Lakes Land LLC as agent of Kingdom Properties<br>1397 Whichards Beach Rd<br>Chocowinity, NC 277817 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000081 | Twin Lakes Land as the agent of Twin Lakes Master,<br>1397 Whichards Beach Road<br>Chocowinity, NC 27817 | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000082 | Twin Lakes Land as the agent of Twin Lakes Master, 1397 Whichards Beach Road Chocowinity, NC 27817 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000083 | Twin Lakes Land as the agent of Twin Lakes Master, 1397 Whichards Beach Road Chocowinity, NC 27817 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000084 | Twin Lakes Land as the agent of Twin Lakes Master, 1397 Whichards Beach Road Chocowinity, NC 27817 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000085 | Twin Lakes Land as the agent of Twin Lakes Master, 1397 Whichards Beach Road Chocowinity, NC 27817 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000086 | PDSK, LLC as the agent of Alana Investments, LLC 501 E. Prairie Ave Wheaton IL 60187 | $ 49,211.69 | $ 0.00 | $ 0.00 |
| 000088 | The Northern Trust Company Rolewick & Gutzke PC 1776 S Naperville Road Suite 104A Wheaton, IL 60189 | $ 6,141,237.75 | $ 0.00 | $ 0.00 |
| 000089 | The Northern Trust Company Rolewick & Gutzke PC 1776 S Naperville Road Suite 104A Wheaton, IL 60189 | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000090 | The Northern Trust Company<br>Rolewick & Gutzke PC<br>1776 S Naperville Road Suite 104A<br>Wheaton, IL 60189 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000091 | VGM Financial Services<br>P.O. 1620<br>Waterloo IA 50704 | $ 105,056.76 | $ 0.00 | $ 0.00 |
| 000092A | Marlin Leasing Corporation<br>300 Fellowship Road<br>Mount Laurel, NJ 08054 | $ 40,000.00 | $ 0.00 | $ 0.00 |
| 000092B | Marlin Leasing Corporation<br>300 Fellowship Road<br>Mount Laurel, NJ 08054 | $ 31,614.24 | $ 0.00 | $ 0.00 |
| 000093 | Farmers and Merchants Bank<br>1001 Superior Ave.<br>Tomah, WI 54660 | $ 1,682,232.67 | $ 0.00 | $ 0.00 |
| 000094 | US Oil Co Inc n/k/a US Venture Inc<br>425 S Washington St<br>Combined Locks WI 54113 | $ 140,859.00 | $ 0.00 | $ 0.00 |

|   |   |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 747,628.87 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (10/1/2010) *(Page: 16)*

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000067B | Wisconsin Department of Revenue<br>Special Procedures Unit<br>P.O. 8901<br>Madison, WI 53708-8901 | $ 747,628.87 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors    $    0.00

Remaining Balance    $    0.00

Prepared By: /s/GINA B. KROL
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.