IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **VAN DER MOLEN, EDWARD** | ) | No. 08 B 32493 |
| **VAN DER MOLEN, DEBORAH** | ) | |
| | ) | |
| Debtor(s). | ) | |

## <u>PROOF OF SERVICE</u>

TO:      See Attached


I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and

Applications for Compensation and Deadline to Object, was sent on February 13, 2017,

by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.


GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL   60602
312-368-0300                                         BY:/s/ Gina B. Krol_____
                                                        Ch 7 Bankruptcy Trustee

**Service List:**

Wisconsin Department of Revenue
Special Procedures Unit
PO 8901
Madison, WI 53708-8901

Department of Treasury-IRS
Internal Revenue Service
PO Box 21126
Philadelphia PA 19114

Monroe County
Treasurer
202 S. K St. Rm. 3
Sparta, WI 54656

Tiberwood Bank
PO Box 880
Tomah. WI 54660

Dolphin Capital
PO 605
Moberly, MO 65270

Carlton Financial Corporation
c/o Clark Hill PLC
150 N. Michigan Ave
Suite 2400
Chicago, IL 60601

National City Mortgage
c/o Atty Clair Ann
Resop Von Briesen & Roper SC
3 South Pinckney St. Suite 1000
Madison, WI 83703-4200

Chase Bank USA
NA
PO Box 15145
Wilmington, DE 19850-5145

Bank of Mauston
c/o Michael B. Van Sicklen
Foley and Lardner LLP
PO Box 1497
Madison, WI 53701

Inland Bank and Trust
2225 S. Wolf Road
Hillside, IL 60162

Chase Bank USA
C O Weinstein and Riley, PS
2001 Western Avenue, Suite 400
Seattle, WA 98121

Puget Sound Leasing
Division of First Sound Bk
5150 Village Park Dr, Suite 200
Bellevue WA 98006

JPMorgan Chase Bank
N.A.
201 Central Ave, AZ11191
Phoenix, AZ 85004

Wells Fargo Bank, N.A.
c/o One Home Campus
MAC X2302-04c
Des Moines, Iowa
50328-0001

Pacjets Financial Ltd
414 Broadway
PO Box 342
Baraboo WI 53913

Northgate Holdings
2855 44th Street SW #100
Grandville MI 49418

Wells Fargo Bank, N.A.
MAC S 4101-08C
100 W. Washington St.
Phoenix AZ 85003

Leaf Financial
c/o Thomas V Askounis Esq
401 N. Michigan Ave, Suite 550
Chicago, IL 60611

The Private Bank
Trust Company
120 South Lasalle St
Chicago, IL 60611

Daniel Coglianese
Joel A. Stein
Deutsch, Levy & Engel, Chtd
225 W. Washington st.
Suite 1700
Chicago, IL 60606

Cram, John H & Barbara J
721 W Council St
Tomah, WI 54660

Fifth Third Bank
c/o Jeffrey S. Burns
Crowley Barrett & Karaba, Ltd.
20 S. Clark Street, Suite 2310
Chicago, IL 60603

Ottis Crisp
1397 Whichard Beach Road
Chocowinity, NC 27817

Jesse Crisp, Agent for Kingdom
Properties LLC
1397 Whichards Beach Road
Chocowinity, NC 27817

Sexauer Michael & Kathryn
c/o Brookhouse Law Offices
5455 Sheridan Rd, #202
Kenosha WI 53140

Tall Pines Camp Ground Inc.
c/o Brookhouse Law Offices
5455 Sheridan Rd, #202
Kenosha WI 53140

Killinger, Tim & Linda
c/o Brookhouse Law Offices
5455 Sheridan Rd, #202
Kenosha WI 53140

BV Ventures LLC
c/o Brookhouse Law Offices
5455 Sheridan Rd, #202
Kenosha WI 53140

Van Der Molen, Gail
c/o Brookhouse Law Offices
5455 Sheridan Rd, #202
Kenosha WI 53140

Marval Inc
c/o Brookhouse Law Offices
5455 Sheridan Rd, #202
Kenosha WI 53140

Labancz, R d/b/a Cheep Enterprises
c/o Brookhouse Law Offices
5455 Sheridan Rd, #202
Kenosha WI 53140

Green, Hayden D/E Green
c/o Brookhouse Law Offices
5455 Sheridan Rd, #202
Kenosha WI 53140

Welch, George L
c/o Brookhouse Law Offices
5455 Sheridan Rd, #202
Kenosha WI 53140

Waschovia Bank Nat'l Assn
Margaret R Westbrook
K&L Gatges LLp
POB 17047
Raleigh NC 27619-7047

George L. Welch
Revocable Trust
440 N. McClurg Suite 711
Chicago, IL 60611

Twin Lakes Land LLC
As agent of Kingdom Properties
1397 Whichards Beach rd
Chocowinity, NC 27817

PDSK, LLC as the agent of Alana
Investments LLC
501 E. Prairie Ave
Wheaton, IL 60187

Rail Sidings of Kenosha LLC
380 S Schmale Rd, Suite 100
Carol Stream, IL 60188

Van Der Molen, Jeff
24019 W. Coal City Rd
Wilmington, IL 60481

Addesken Properties LLC
24019 W Coal City Road
Wilington, IL 60481

Thornhill Center Partnership
24019 W Coal City Road
Wilington, IL 60481

Van Der Molen Properties Assn
380 S Scxhmale Rd, Suite 100
Carol Stream, IL 60188

Atrium Investments
24019 W. Coal City
Wilmington, IL 60481

Bruce Bryant
c/o Atty Catherine J Furay
Murphy Desmond S.C.
33 E. Main st. POB 2038
Madison WI 53701-2038

American Bank & Trust
Co, N.A.
c/o Colleen E. McManus
191 N. Wacker Drive, #1800
Chicago, IL 60606

Kevin Hoag, Kristi Hoag, Jeff Arzt & Linda
Arzt
c/o Johns, Flaherty & Collins
Attn: Michael Stoker
205 5th Ave South Suite 600
La Crosse, WI 54601

Karen Elizabeth Chong Trust
c/o Rathje & Woodward LLC
300 E. Roosevelt Road
Suite 300
Wheaton, IL 60187

Andrew Kok-Choy Marital Trust
c/o Rathje & Woodward LLC
300 E. Roosevelt Road
Suite 300
Wheaton, IL 60187

Sarah Ai-Lin Chong Trust
c/o Rathje & Woodward LLC
300 E. Roosevelt Road
Suite 300
Wheaton, IL 60187

David Yung-Ping Chong Trust
c/o Rathje & Woodward LLC
300 E. Roosevelt Road
Suite 300
Wheaton, IL 60187

Paul Yung-Wei Chong Trust
c/o Rathje & Woodward LLC
300 E. Roosevelt Road
Suite 300
Wheaton, IL 60187

Marlin Leasing Corp
300 Fellowship Rd
Mt Laurel, NJ 08054

Marlin Leasing Corp
300 Fellowship Rd
Mt Laurel, NJ 08054

Sysco Food Services of Baraboo
Kohner Mann & Kailas SC
Washington Bldg/Barnabas Business Ctr
4650 N Port Washington Road
Milwaukee, WI   53212-1059

Advanta Bank Corp
P.O. Box 3001
Malvern, PA   9355-0701

Puget Sound Leasing Co, Inc.
Wells Fargo Equipment Finance, Inc.
Attn:   Rachel Owens
1540 W. Fountainhead Pkwy
Tempe, AZ   85282

PDSK, LLC as agent of
Alan Investments, LLC
501 E. Prairie Avenue
Wheaton, IL   60187

The Northern Trust Company
Rolewick & Gutzke, PC
1776 S. Naperville Road
Suite 104A
Wheaton, IL   60189

VGM Financial Services
P.O. Box 1620
Waterloo, IA 50704

Farmers & Merchants Bank
1001 Superior Avenue
Tomah, WI   54660

US Oil Co, Inc. nka US Venture, Inc.
425 S. Washington Street
Combined Locks, WI   54113

Michael Davis
mdavis@bknmurray.com

Joshua Greene
jgreene@springerbrown.com

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov

Arthur Rummler
arthur.rummler@gmail.com