# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

In re:                              §
                                    §
VAN DER MOLEN, EDWARD               §        Case No. 08-32493 PSH
VAN DER MOLEN, DEBORAH              §
                                    §
        Debtors                     §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 12,144,112.00          Assets Exempt: 267,500.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 951,157.28     Claims Discharged
                                                 Without Payment:  116,832,457.70

Total Expenses of Administration:  572,536.79

---

3) Total gross receipts of $ 1,523,694.07  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 1,523,694.07  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 156,953.88 | $ 156,953.88 | $ 156,953.88 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 554,914.00 | 554,914.00 | 554,914.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 0.00 | 17,622.79 | 17,622.79 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 2,343,106.87 | 2,234,453.29 | 794,203.40 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 131,161,534.28 | 115,392,207.81 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 134,216,509.03 | $ 118,356,151.77 | $ 1,523,694.07 |

4)  This case was originally filed under chapter 11 on  11/26/2008 , and it was converted to chapter 7 on  05/21/2009 .  The case was pending for 100 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  07/25/2017                        By:/s/GINA B. KROL
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Aspen Ave. Warren , WI | 1110-000 | 216,666.66 |
| Vacant Land in Warren WI | 1110-000 | 217,166.67 |
| 4 Parcels of Land with Building in Warren WI | 1110-000 | 216,666.67 |
| Debt owed by Hanney Reels Inc. | 1121-000 | 192,500.00 |
| BANK ACCOUNTS | 1129-000 | 28,746.70 |
| 66% Bear Country Inc. | 1129-000 | 25,000.00 |
| 2% Great Lake Script Inc. | 1129-000 | 500,000.00 |
| 38% Thornhill Center | 1129-000 | 7,000.00 |
| 64% Vandermolen  Properties Partnership | 1129-000 | 41,000.00 |
| 25% Twin Lakes Master LLC | 1129-000 | 1,500.00 |
| 2009 Tax Refund | 1224-000 | 41.44 |
| BANK ACCOUNTS | 1229-000 | 306.98 |
| 2% stock of Great Lakes Scrip Center LLC, Dividend | 1229-000 | 13,914.45 |
| Wachovia Securities Account | 1229-000 | 61,597.73 |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Post-Petition Interest Deposits | 1270-000 | 273.83 |
| REFUND | 1290-000 | 1,312.94 |
| TOTAL GROSS RECEIPTS | | $ 1,523,694.07 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | RICHARD ALEXANDER | 4120-000 | NA | 5,928.79 | 5,928.79 | 5,928.79 |
| | NORTHGATE HOLDINGS | 4210-000 | NA | 10,756.00 | 10,756.00 | 10,756.00 |
| | NORTHGATE HOLDINGS LLC | 4210-000 | NA | 72,052.52 | 72,052.52 | 72,052.52 |
| | MONROE COUNTY TREASURER | 4700-000 | NA | 68,216.57 | 68,216.57 | 68,216.57 |
| TOTAL SECURED CLAIMS | | | $ NA | $ 156,953.88 | $ 156,953.88 | $ 156,953.88 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 68,960.82 | 68,960.82 | 68,960.82 |
| GINA B. KROL | 2200-000 | NA | 121.92 | 121.92 | 121.92 |
| ADAMS-LEVINE | 2300-000 | NA | 1,045.31 | 1,045.31 | 1,045.31 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 3,663.50 | 3,663.50 | 3,663.50 |
| TRI-COUNTY LOCK & SAFE LLP | 2420-000 | NA | 126.60 | 126.60 | 126.60 |
| MILLER ADVERTISING AGENCY, INC. | 2500-000 | NA | 6,182.40 | 6,182.40 | 6,182.40 |
| Title, Recording & Transfer Fees | 2500-000 | NA | 4,090.00 | 4,090.00 | 4,090.00 |
| DEPARTMENT OF THE TREASURY | 2810-000 | NA | 295,703.00 | 295,703.00 | 295,703.00 |
| DEPARTMENT OF TREASURY | 2810-000 | NA | 940.15 | 940.15 | 940.15 |
| BUYER CREDIT | 2820-000 | NA | 18,595.34 | 18,595.34 | 18,595.34 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | NA | 44,606.00 | 44,606.00 | 44,606.00 |
| COHEN & KROL | 3110-000 | NA | 26,096.96 | 26,096.96 | 26,096.96 |
| GINA KROL | 3110-000 | NA | 13,048.29 | 13,048.29 | 13,048.29 |
| COHEN & KROL | 3120-000 | NA | 864.36 | 864.36 | 864.36 |
| ALAN D. LASKO | 3410-000 | NA | 18,795.50 | 18,795.50 | 18,795.50 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALAN D. LASKO | 3420-000 | NA | 73.85 | 73.85 | 73.85 |
| FIRST WEBER GROUP | 3510-000 | NA | 52,000.00 | 52,000.00 | 52,000.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 554,914.00 | $ 554,914.00 | $ 554,914.00 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SPRINGER, BROWN, COVEY, | 6210-160 | NA | 0.00 | 17,622.79 | 17,622.79 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 0.00 | $ 17,622.79 | $ 17,622.79 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000068 | DEPARTMENT OF THE TREASURY-IRS | 5800-000 | NA | 69,606.25 | 0.00 | 0.00 |
| 000087 | MONROE COUNTY TREASURER | 5800-000 | NA | 39,047.33 | 0.00 | 0.00 |
| 000067A | WISCONSIN DEPARTMENT OF REVENUE | 5800-000 | NA | 2,234,453.29 | 2,234,453.29 | 794,203.40 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 2,343,106.87 | $ 2,234,453.29 | $ 794,203.40 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007A | BANK OF MAUSTON | 7100-000 | NA | 655,700.00 | 655,700.00 | 0.00 |
| 000007B | BANK OF MAUSTON | 7100-000 | NA | 28,463,995.00 | 28,463,995.00 | 0.00 |
| 000003A | CARLTON FINANCIAL CORPORATION | 7100-000 | NA | 875,000.00 | 875,000.00 | 0.00 |
| 000003B | CARLTON FINANCIAL CORPORATION | 7100-000 | NA | 2,262,143.74 | 2,262,143.74 | 0.00 |
| 000002 | DOLPHIN CAPITAL | 7100-000 | NA | 2,245.16 | 2,245.16 | 0.00 |
| 000038A | GEORGE L WELCH | 7100-000 | NA | 182,000.00 | 182,000.00 | 0.00 |
| 000008 | INLAND BANK AND TRUST | 7100-000 | NA | 553,513.12 | 553,513.12 | 0.00 |
| 000011 | JPMORGAN CHASE BANK, N.A. | 7100-000 | NA | 4,048.44 | 4,048.44 | 0.00 |
| 000064A | MARLIN LEASING CORP | 7100-000 | NA | 50,000.00 | 50,000.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000092A | MARLIN LEASING CORPORATION | 7100-000 | NA | 40,000.00 | 40,000.00 | 0.00 |
| 000005 | NATIONAL CITY BANK | 7100-000 | NA | 4,085,515.28 | 4,085,515.28 | 0.00 |
| 000072 | NATIONAL CITY BANK | 7100-000 | NA | 4,055,177.72 | 4,055,177.72 | 0.00 |
| 000004 | NATIONAL CITY MORTGAGE | 7100-000 | NA | 241,538.03 | 241,538.03 | 0.00 |
| 000014 | NORTHGATE HOLDINGS | 7100-000 | NA | 150,974.34 | 150,974.34 | 0.00 |
| 000013 | PACJETS FINANCIAL LTD | 7100-000 | NA | 127,681.94 | 127,681.94 | 0.00 |
| 000010 | PUGET SOUND LEASING | 7100-000 | NA | 101,308.01 | 101,308.01 | 0.00 |
| 000073 | PUGET SOUND LEASING CO INC | 7100-000 | NA | 94,378.83 | 94,378.83 | 0.00 |
| 000001 | TIMBERWOOD BANK | 7100-000 | NA | 136,114.39 | 136,114.39 | 0.00 |
| 000070 | TIMBERWOOD BANK | 7100-000 | NA | 135,969.01 | 0.00 | 0.00 |
| 000012 | WELLS FARGO BANK, N.A. | 7100-000 | NA | 97,423.30 | 97,423.30 | 0.00 |
| 000050 | ADDESKEN PROPERTIES LLC | 7100-900 | NA | 246,725.51 | 246,725.51 | 0.00 |
| 000071 | ADVANTA BANK CORP. | 7100-900 | NA | 13,639.31 | 13,639.31 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000056 | AMERICAN BANK & TRUST CO., N.A. | 7100-900 | NA | 2,718,350.10 | 2,718,350.10 | 0.00 |
| 000060 | ANDREW KOK-CHOY MARITIAL TRUST | 7100-900 | NA | 1,783,500.00 | 1,783,500.00 | 0.00 |
| 000054 | ATRIUM INVESTMENTS | 7100-900 | NA | 642,891.14 | 642,891.14 | 0.00 |
| 000055 | BRUCE BRYANT | 7100-900 | NA | 35,303,528.54 | 35,303,528.54 | 0.00 |
| 000029 | BV VENTURES LLC | 7100-900 | NA | 7,879.50 | 7,879.50 | 0.00 |
| 000009 | CHASE BANK USA | 7100-900 | NA | 7,095.85 | 7,095.85 | 0.00 |
| 000006 | CHASE BANK USA, NA | 7100-900 | NA | 8,459.66 | 8,459.66 | 0.00 |
| 000019 | CRAM, JOHN H & BARBARA J | 7100-900 | NA | 71,001.20 | 71,001.20 | 0.00 |
| 000018 | DANIEL COGLIANESE | 7100-900 | NA | 899,190.00 | 899,190.00 | 0.00 |
| 000062 | DAVID YUNG-PING CHONG TRUST | 7100-900 | NA | 1,783,500.00 | 1,783,500.00 | 0.00 |
| 000093 | FARMERS AND MERCHANTS BANK | 7100-900 | NA | 1,682,232.67 | 1,682,232.67 | 0.00 |
| 000020 | FIFTH THIRD BANK | 7100-900 | NA | 1,705,365.95 | 1,705,365.95 | 0.00 |
| 000037 | GEORGE L WELCH | 7100-900 | NA | 390,984.62 | 390,984.62 | 0.00 |
| 000038B | GEORGE L WELCH | 7100-900 | NA | 53,102.00 | 53,102.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000033 | GREEN, HAYDEN D / E GREEN | 7100-900 | NA | 9,733.50 | 9,733.50 | 0.00 |
| 000058 | JEFFREY & MELANEE FOSS | 7100-900 | NA | 141,750.00 | 141,750.00 | 0.00 |
| 000022 | JESSE CRISP, AGENT FOR | 7100-900 | NA | 161,377.78 | 161,377.78 | 0.00 |
| 000075 | JESSE CRISP, AGENT FOR | 7100-900 | NA | 161,377.78 | 161,377.78 | 0.00 |
| 000023 | JESSE CRISP, MANAGER FOR | 7100-900 | NA | 174,956.07 | 174,956.07 | 0.00 |
| 000024 | JESSE CRISP, MANAGER FOR | 7100-900 | NA | 56,000.00 | 56,000.00 | 0.00 |
| 000076 | JESSE CRISP, MANAGER FOR | 7100-900 | NA | 174,956.07 | 174,956.07 | 0.00 |
| 000077 | JESSE CRISP, MANAGER FOR | 7100-900 | NA | 56,000.00 | 56,000.00 | 0.00 |
| 000059 | KAREN ELIZABETH CHONG TRUST | 7100-900 | NA | 1,783,500.00 | 1,783,500.00 | 0.00 |
| 000057 | KEVIN HOAG, KRISTI HOAG, JEFF ARZT | 7100-900 | NA | 137,700.00 | 137,700.00 | 0.00 |
| 000027 | KILLINGER, TIM & LINDA | 7100-900 | NA | 1,969.89 | 1,969.89 | 0.00 |
| 000032 | LABANCZ, R D/B/A CHEEP ENTERPRISES | 7100-900 | NA | 32,108.97 | 32,108.97 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000016 | LEAF FINANCIAL | 7100-900 | NA | 1,488,289.72 | 1,488,289.72 | 0.00 |
| 000064B | MARLIN LEASING CORP | 7100-900 | NA | 18,405.26 | 18,405.26 | 0.00 |
| 000092B | MARLIN LEASING CORPORATION | 7100-900 | NA | 31,614.24 | 31,614.24 | 0.00 |
| 000031 | MARVAL INC | 7100-900 | NA | 19,958.31 | 19,958.31 | 0.00 |
| 000065 | NATIONAL CITY BANK | 7100-900 | NA | 0.00 | 0.00 | 0.00 |
| 000021 | OTTIS CRISP | 7100-900 | NA | 200,000.00 | 200,000.00 | 0.00 |
| 000074 | OTTIS CRISP | 7100-900 | NA | 200,000.00 | 200,000.00 | 0.00 |
| 000063 | PAUL YUNG-WEI CHONG TRUST | 7100-900 | NA | 1,783,500.00 | 1,783,500.00 | 0.00 |
| 000047 | PDSK, LLC AS THE AGENT OF ALANA INV | 7100-900 | NA | 49,211.69 | 49,211.69 | 0.00 |
| 000086 | PDSK, LLC AS THE AGENT OF ALANA INV | 7100-900 | NA | 49,211.69 | 49,211.69 | 0.00 |
| 000048 | RAIL SIDINGS OF KENOSHA LLC | 7100-900 | NA | 707,280.27 | 707,280.27 | 0.00 |
| 000028 | SALTER PATH CAMP GROUND INC | 7100-900 | NA | 550,622.03 | 550,622.03 | 0.00 |
| 000061 | SARAH AI-LIN CHONG TRUST | 7100-900 | NA | 1,783,500.00 | 1,783,500.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000025 | SEXAUER MICHAEL & KATHRYN | 7100-900 | NA | 18,742.50 | 18,742.50 | 0.00 |
| 000066 | SYSCO FOOD SERVICES OF BARABOO | 7100-900 | NA | 9,302.11 | 9,302.11 | 0.00 |
| 000069 | SYSCO FOOD SERVICES OF BARABOO | 7100-900 | NA | 9,302.11 | 0.00 | 0.00 |
| 000026 | TALL PINES CAMPGROUND INC | 7100-900 | NA | 26,543.43 | 26,543.43 | 0.00 |
| 000088 | THE NORTHERN TRUST COMPANY | 7100-900 | NA | 6,141,237.75 | 6,141,237.75 | 0.00 |
| 000089 | THE NORTHERN TRUST COMPANY | 7100-900 | NA | 6,141,237.75 | 0.00 | 0.00 |
| 000090 | THE NORTHERN TRUST COMPANY | 7100-900 | NA | 6,141,237.75 | 0.00 | 0.00 |
| 000017 | THE PRIVATE BANK AND TRUST COMPANY | 7100-900 | NA | 1,495,812.49 | 1,495,812.49 | 0.00 |
| 000051 | THORNHILL CENTER PARTNERSHIP | 7100-900 | NA | 204,751.84 | 204,751.84 | 0.00 |
| 000052 | THORNHILL CENTER PARTNERSHIP | 7100-900 | NA | 73,492.57 | 73,492.57 | 0.00 |
| 000042 | TWIN LAKES LAND AS THE AGENT OF TWI | 7100-900 | NA | 213,639.07 | 213,639.07 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000043 | TWIN LAKES LAND AS THE AGENT OF TWI | 7100-900 | NA | 167,447.44 | 167,447.44 | 0.00 |
| 000044 | TWIN LAKES LAND AS THE AGENT OF TWI | 7100-900 | NA | 167,562.51 | 167,562.51 | 0.00 |
| 000045 | TWIN LAKES LAND AS THE AGENT OF TWI | 7100-900 | NA | 167,364.50 | 167,364.50 | 0.00 |
| 000046 | TWIN LAKES LAND AS THE AGENT OF TWI | 7100-900 | NA | 167,508.75 | 167,508.75 | 0.00 |
| 000081 | TWIN LAKES LAND AS THE AGENT OF TWI | 7100-900 | NA | 213,639.07 | 0.00 | 0.00 |
| 000082 | TWIN LAKES LAND AS THE AGENT OF TWI | 7100-900 | NA | 167,447.44 | 0.00 | 0.00 |
| 000083 | TWIN LAKES LAND AS THE AGENT OF TWI | 7100-900 | NA | 167,562.51 | 0.00 | 0.00 |
| 000084 | TWIN LAKES LAND AS THE AGENT OF TWI | 7100-900 | NA | 167,364.50 | 0.00 | 0.00 |
| 000085 | TWIN LAKES LAND AS THE AGENT OF TWI | 7100-900 | NA | 167,508.75 | 0.00 | 0.00 |
| 000039 | TWIN LAKES LAND LLC AS AGENT OF KIN | 7100-900 | NA | 907,288.52 | 907,288.52 | 0.00 |
| 000040 | TWIN LAKES LAND LLC AS AGENT OF KIN | 7100-900 | NA | 773,981.73 | 773,981.73 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000041 | TWIN LAKES LAND LLC AS AGENT OF KIN | 7100-900 | NA | 776,787.33 | 776,787.33 | 0.00 |
| 000078 | TWIN LAKES LAND LLC AS AGENT OF KIN | 7100-900 | NA | 907,288.52 | 0.00 | 0.00 |
| 000079 | TWIN LAKES LAND LLC AS AGENT OF KIN | 7100-900 | NA | 773,981.73 | 0.00 | 0.00 |
| 000080 | TWIN LAKES LAND LLC AS AGENT OF KIN | 7100-900 | NA | 776,787.33 | 0.00 | 0.00 |
| 000094 | US OIL CO INC N/K/A | 7100-900 | NA | 140,859.00 | 140,859.00 | 0.00 |
| 000053 | VAN DER MOLEN PROPERTIES ASSN | 7100-900 | NA | 1,703,635.34 | 1,703,635.34 | 0.00 |
| 000030 | VAN DER MOLEN, GAIL | 7100-900 | NA | 2,027.82 | 2,027.82 | 0.00 |
| 000049 | VAN DER MOLEN, JEFF | 7100-900 | NA | 236,568.17 | 236,568.17 | 0.00 |
| 000035 | VAN DER MOLEN, JEFFREY | 7100-900 | NA | 16,299.44 | 16,299.44 | 0.00 |
| 000091 | VGM FINANCIAL SERVICES | 7100-900 | NA | 105,056.76 | 105,056.76 | 0.00 |
| 000036 | WACHOVIA BANK NAT'L ASSN | 7100-900 | NA | 1,521,656.38 | 1,521,656.38 | 0.00 |
| 000034 | WELCH, GEORGE L | 7100-900 | NA | 314,781.59 | 314,781.59 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000015 | WELLS FARGO BANK, N.A | 7100-900 | NA | 23,005.28 | 23,005.28 | 0.00 |
| 000067B | WISCONSIN DEPARTMENT OF REVENUE | 7300-000 | NA | 747,628.87 | 747,628.87 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 131,161,534.28 | $ 115,392,207.81 | $ 0.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

**Exhibit 8**

| | |
|---|---|
| Case No:   08-32493   PSH   Judge: PAMELA S. HOLLIS | Trustee Name:   GINA B. KROL |
| Case Name:   VAN DER MOLEN, EDWARD | Date Filed (f) or Converted (c):   05/21/09 (c) |
| VAN DER MOLEN, DEBORAH | 341(a) Meeting Date:   07/07/09 |
| For Period Ending:  07/25/17 | Claims Bar Date:   06/07/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 2. BANK ACCOUNTS | 1,809.00 | 29,053.68 | | 29,053.68 | FA |
|    Balance in DIP Account upon conversion | | | | | |
|    Northern Trust - 0 | | | | | |
|    Northern Trust - 1,000.00 | | | | | |
|    Farmers & Merchants Bank - 500.00 | | | | | |
|    Bank of Mauston - 309.00 (u) | | | | | |
| 3. Household Goods | 5,000.00 | 0.00 | | 0.00 | FA |
|    Personal Residence - $4,000 | | | | | |
|    Second Home - WI - $1,000 | | | | | |
| 4. CLOTHES | 250.00 | 0.00 | | 0.00 | FA |
| 5. WEDDING RINGS | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Life Insurance Policies (u) | 275,628.00 | 0.00 | | 0.00 | FA |
|    NW Mutual - 17-616-479 Term Life | | | | | |
|    NW Mutual - 17-148-629 Whole Life | | | | | |
|    NW Mutual - 15-661-834 Term Life | | | | | |
|    NW Mutual - 15-661-823 Term Life | | | | | |
|    NW Mutual - 8-818-331 Whole Life | | | | | |
|    NW Mutual - 7-525-010  Whole Life | | | | | |
|    NW Mutual - 7-523-123 Whole Life | | | | | |
|    NY Life - 31 149 765 Whole Life | | | | | |
| 7. AG Edward IRA | 75,000.00 | 0.00 | | 0.00 | FA |
| 8. AG Edward Simple IRA | 75,000.00 | 0.00 | | 0.00 | FA |
| 9. 100% Vandermolen Recreational Properties | Unknown | 0.00 | | 0.00 | FA |
| 10. 66% Bear Country Inc. | Unknown | 25,000.00 | | 25,000.00 | FA |
|    Same as Asset Number 1 | | | | | |
| 11. 100% Aspen Ave. Inc. | 0.00 | 0.00 | | 0.00 | FA |

FORM
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
ASSET CASES

Page:   2

Exhibit 8

| Case No: | 08-32493   PSH   Judge: PAMELA S. HOLLIS | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | VAN DER MOLEN, EDWARD | Date Filed (f) or Converted (c): | 05/21/09 (c) |
| | VAN DER MOLEN, DEBORAH | 341(a) Meeting Date: | 07/07/09 |
| | | Claims Bar Date: | 06/07/10 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 12. | 100% Cranberry Express Inc. | Unknown | 0.00 | | 0.00 | FA |
| 13. | 2% Great Lake Script Inc. | Unknown | 0.00 | | 500,000.00 | FA |
| 14. | 100% Cranberry Lakes Realty Inc. | Unknown | 0.00 | | 0.00 | FA |
| 15. | 100% Vandermolen Construction Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 16. | 34% RSOK LLC | Unknown | 0.00 | | 0.00 | FA |
| 17. | 50% Atrium Investments | Unknown | 0.00 | | 0.00 | FA |
| 18. | 38% Thornhill Center | Unknown | 0.00 | | 7,000.00 | FA |
| | The Debtors scheduled this interest at 38%. Upon the Trustee's receipt of the actual partnership agreement, it became evident that the Debtors actually owned 37% of the Thornhill Center Partnership. | | | | | |
| 19. | 100% Vandermolen LLC | Unknown | 0.00 | | 0.00 | FA |
| 20. | 64% Vandermolen  Properties Partnership | 150,000.00 | 41,000.00 | | 41,000.00 | FA |
| | The Debtors scheduled this interest at 64% in the partnership. Upon the Trustee's receipt of the actual partnership agreement, it became evident that the Debtors actually owned 74% of the Van Der Molen Properties Association. | | | | | |
| 21. | 25% Twin Lakes Land LLC | Unknown | 0.00 | | 0.00 | FA |
| 22. | 25% Twin Lakes Master LLC | Unknown | 1,500.00 | | 1,500.00 | FA |
| 23. | 100% TB Lodges of Warren | Unknown | 0.00 | | 0.00 | FA |
| 24. | 81% Shadow Lakes | 8,100.00 | 0.00 | | 0.00 | FA |
| 25. | 76% Shadow Lakes Residential Communites LLC | Unknown | 0.00 | | 0.00 | FA |
| 26. | 100% Aspen Lane LLC | 0.00 | 0.00 | | 0.00 | FA |
| 27. | Debt owed by Hanney Reels Inc. | 194,000.00 | 192,500.00 | | 192,500.00 | FA |
| 28. | Debt owed from George Welch | 211,000.00 | 211,000.00 | | 0.00 | FA |
| 29. | Debt due from Michelle Hurshman 09 | 40,000.00 | 0.00 | | 0.00 | FA |

FORM
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:    3

Exhibit 8

| Case No: | 08-32493    PSH    Judge: PAMELA S. HOLLIS | | | | |
| Case Name: | VAN DER MOLEN, EDWARD | | | | |
| | VAN DER MOLEN, DEBORAH | | | | |

Trustee Name:    GINA B. KROL
Date Filed (f) or Converted (c):    05/21/09 (c)
341(a) Meeting Date:    07/07/09
Claims Bar Date:    06/07/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 30. Loan to Vandermolen Recreational Properties (u) | 10,493,884.00 | 0.00 | | 0.00 | FA |
| 31. VEHICLE 2000 Honda CRV | 2,900.00 | 0.00 | | 0.00 | FA |
| 32. VEHICLE 2004 Ford Focus | 1,350.00 | 0.00 | | 0.00 | FA |
| 33. 603 N. West. Wheaton | 900,000.00 | 0.00 | | 0.00 | FA |
| 34. 9606 Enterprise, Tomah WI | 290,000.00 | 0.00 | | 0.00 | FA |
| 35. Aspen Ave. Warren , WI  Investment Home | 130,000.00 | 0.00 | | 216,666.66 | FA |
| 36. Vacant Land in Warren WI  28 acres | 75,000.00 | 0.00 | | 217,166.67 | FA |
| 37. 4 Parcels of Land with Building in Warren WI  157 Acres | 600,000.00 | 216,666.67 | | 216,666.67 | FA |
| 38. 2 Campsites  Trustee's efforts to liquidate assets have been unsuccessful | 20,000.00 | 0.00 | | 0.00 | FA |
| 39. 2% stock of Great Lakes Scrip Center LLC, Dividend (u) | 0.00 | 13,914.45 | | 13,914.45 | FA |
| 40. Coin Collection | 500.00 | 0.00 | | 0.00 | FA |
| 41. Wachovia Securities Account (u) | 45,000.00 | 61,597.73 | | 61,597.73 | FA |
| 42. Uncashed check Great Lakes Script (u)  Check was cashed by debtor during chapter 11 period | 12,000.00 | 0.00 | | 0.00 | FA |
| 43. Option to Purchase CGI (u) | 0.00 | 0.00 | | 0.00 | FA |
| 44. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 45. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 46. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 47. 2009 Tax Refund (u) | 0.00 | 41.44 | | 41.44 | FA |
| 48. REFUND (u) | 0.00 | 1,312.94 | | 1,312.94 | FA |
| 49. 10% Interest in Van Der Molen Properties | Unknown | 0.00 | | 0.00 | FA |
| 50. Bear Country Inc. Note Receivable (u) | Unknown | 0.00 | | 0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   4

Exhibit 8

| Case No: | 08-32493   PSH   Judge: PAMELA S. HOLLIS | | | Trustee Name: | GINA B. KROL |
| Case Name: | VAN DER MOLEN, EDWARD | | | Date Filed (f) or Converted (c): | 05/21/09 (c) |
| | VAN DER MOLEN, DEBORAH | | | 341(a) Meeting Date: | 07/07/09 |
| | | | | Claims Bar Date: | 06/07/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 273.83 | FA |

|  | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $13,607,421.00 | $793,586.91 | | $1,523,694.07 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Submitted supplemental distribution to US Tee June 22, 2017, 10:24 am

Submitted TFR to US Tee to review December 16, 2016, 01:36 pm

Claim objections ongoing; TFR to follow

October 11, 2016, 12:13 pm

Trustee needs to file significant objections to claims then prepare TFR

October 22, 2014, 01:57 pm

After investigation, Trustee believes all remaining assets to be uncollectable. Trustee will file an abandonment motion.

January 16, 2014, 01:17 pm

There are two remaining assets to administer, note payable by George Welch and mortgage held on property in Elgin.

October 17, 2013, 02:41 pm

Initial Projected Date of Final Report (TFR): 12/31/10    Current Projected Date of Final Report (TFR): 06/30/17

**FORM**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    5

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 08-32493    PSH    Judge: PAMELA S. HOLLIS | Trustee Name: | GINA B. KROL |
| Case Name: | VAN DER MOLEN, EDWARD | Date Filed (f) or Converted (c): | 05/21/09 (c) |
| | VAN DER MOLEN, DEBORAH | 341(a) Meeting Date: | 07/07/09 |
| | | Claims Bar Date: | 06/07/10 |

/s/    GINA B. KROL

_____    Date: 07/25/17

GINA B. KROL

Page:  1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

| | |
|---|---|
| Case No: | 08-32493  -PSH |
| Case Name: | VAN DER MOLEN, EDWARD |
| | VAN DER MOLEN, DEBORAH |
| Taxpayer ID No: | *******0609 |
| For Period Ending: | 07/25/17 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0170  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 1,265,874.11 | | 1,265,874.11 |
| 11/14/12 | 030001 | Illinois Department of Revenue | 2009 Income Taxes | 2820-000 | | 1,119.00 | 1,264,755.11 |
| | | PO Box 19009 | | | | | |
| | | Springfield, IL 62794 | | | | | |
| 01/09/13 | 47 | State of Illinois | 2009 Tax refund | 1224-000 | 41.44 | | 1,264,796.55 |
| 02/13/13 | 030002 | International Sureties Ltd. | BOND | 2300-000 | | 1,096.03 | 1,263,700.52 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/13/13 | 030003 | Department of the Treasury | 2010 Estate Federal Income Taxes | 2810-000 | | 295,703.00 | 967,997.52 |
| | | Internal Revenue Service | | | | | |
| | | Cincinnati, OH  45999-0148 | | | | | |
| 02/13/13 | 030004 | Illinois Department of Revenue | State of Illinois Estate Income Tax | 2820-000 | | 43,487.00 | 924,510.52 |
| | | PO Box 19009 | | | | | |
| | | Springfield, IL 62794-9009 | | | | | |
| 03/21/13 | 41 | Benjamin F Edwards Co. | Liquidation of Bank Account | 1229-000 | 16,763.24 | | 941,273.76 |
| | | One N. Brentwood Blvd. | | | | | |
| | | Suite 850 | | | | | |
| | | St. Louis, MO  63105 | | | | | |
| 04/02/13 | 030005 | Alan D. Lasko | Accountant Fees per Court Order | 3410-000 | | 18,795.50 | 922,478.26 |
| | | 29 S. LaSalle Street | | | | | |
| | | Suite 1240 | | | | | |
| | | Chicago, IL 60603 | | | | | |
| 04/02/13 | 030006 | Alan D. Lasko | Accountant Expenses per Court Order | 3420-000 | | 73.85 | 922,404.41 |
| | | 29 S. LaSalle Street | | | | | |
| | | Suite 1240 | | | | | |
| | | Chicago, IL 60603 | | | | | |
| 05/28/13 | 030007 | Department of Treasury | Estate Income Tax | 2810-000 | | 940.15 | 921,464.26 |
| | | Internal Revenue Service | | | | | |

Page Subtotals   1,282,678.79   361,214.53

Ver: 20.00c

FORM 2

Page:   2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-32493 -PSH | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | VAN DER MOLEN, EDWARD | Bank Name: | ASSOCIATED BANK |
| | VAN DER MOLEN, DEBORAH | Account Number / CD #: | *******0170  Checking Account |
| Taxpayer ID No: | *******0609 | | |
| For Period Ending: | 07/25/17 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Cincinnati, OH  45999-0039 | | | | | |
| 06/27/13 | 48 | Illinois Dept. of Revenue | Refund | 1290-000 | 1,312.94 | | 922,777.20 |
| | | 325 W. Adams | | | | | |
| | | Springfield, IL 62704 | | | | | |
| 04/01/14 | 030008 | International Sureties Ltd. | BOND | 2300-000 | | 813.35 | 921,963.85 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 02/10/15 | 030009 | Adams Levine Surety Bond Agency | BOND | 2300-000 | | 526.86 | 921,436.99 |
| | | 60 E. 42nd Street | BOND | | | | |
| | | Room 965 | | | | | |
| | | New York, NY  10165 | | | | | |
| 02/18/16 | 030010 | ADAMS-LEVINE | Acct #10BSBGR6291 | 2300-000 | | 518.45 | 920,918.54 |
| | | 370 Lexington Avenue | | | | | |
| | | Suite 1101 | | | | | |
| | | New York, NY  10017 | | | | | |
| 03/09/17 | 030011 | GINA B. KROL | Final Distribution | | | 69,082.74 | 851,835.80 |
| | | 105 W. Madison Street | | | | | |
| | | Suite 1100 | | | | | |
| | | Chicago, IL  60602 | | | | | |
| | | | Fees          68,960.82 | 2100-000 | | | |
| | | | Expenses       121.92 | 2200-000 | | | |
| 03/09/17 | 030012 | Gina Krol | Final Distribution | 3110-000 | | 13,048.29 | 838,787.51 |
| | | 105 W. Madison Street | | | | | |
| | | Suite 1100 | | | | | |
| | | Chicago, IL  60602 | | | | | |
| 03/09/17 | 030013 | Cohen & Krol | Final Distribution | 3110-000 | | 26,096.96 | 812,690.55 |
| | | Attorneys for Trustee | | | | | |
| | | 105 W. Madison Street | | | | | |
| | | Suite 1100 | | | | | |

Page Subtotals          1,312.94          110,086.65

Ver: 20.00c

FORM 2                                                                                              Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                  Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-32493 -PSH | |
| Case Name: | VAN DER MOLEN, EDWARD | |
| | VAN DER MOLEN, DEBORAH | |
| Taxpayer ID No: | *******0609 | |
| For Period Ending: | 07/25/17 | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0170  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/09/17 | 030014 | Chicago, IL  60602<br>Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Final Distribution | 3120-000 | | 864.36 | 811,826.19 |
| 03/09/17 | 030015 | SPRINGER, BROWN, COVEY,<br>  GAERTNER & DAVIS, LLC<br>400 S County Farm Road, Suite 330<br>Wheaton, IL  60187 | Final Distribution | 6210-160 | | 17,622.79 | 794,203.40 |
| 03/09/17 | 030016 | Wisconsin Department of Revenue<br>Special Procedures Unit<br>P.O. 8901<br>Madison, WI 53708-8901 | Final Distribution | 5800-000 | | 770,210.30 | 23,993.10 |
| * 03/09/17 | 030017 | Department of the Treasury-IRS<br>Internal Revenue Service<br>PO Box 21126<br>Philadelphia PA 19114 | Final Distribution | 5800-003 | | 23,993.10 | 0.00 |
| * 06/07/17 | 030017 | Department of the Treasury-IRS<br>Internal Revenue Service<br>PO Box 21126<br>Philadelphia PA 19114 | Final Distribution | 5800-003 | | -23,993.10 | 23,993.10 |
| * 06/08/17 | 030018 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 21126, M/S N781<br>Philadelphia PA 19114 | Final Distribution | 5800-003 | | 23,993.10 | 0.00 |
| * 06/22/17 | 030018 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 21126, M/S N781<br>Philadelphia PA 19114 | Final Distribution | 5800-003 | | -23,993.10 | 23,993.10 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 788,697.45 |

Ver: 20.00c

FORM 2                                                                              Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                               Exhibit 9

| | |
|---|---|
| Case No: | 08-32493  -PSH |
| Case Name: | VAN DER MOLEN, EDWARD |
| | VAN DER MOLEN, DEBORAH |
| Taxpayer ID No: | *******0609 |
| For Period Ending: | 07/25/17 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0170  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/26/17 | 030019 | Wisconsin Department of Revenue Special Procedures Unit P.O. 8901 Madison, WI 53708-8901 | Final Distribution | 5800-000 | | 23,993.10 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 1,283,991.73 | 1,283,991.73 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 1,265,874.11 | 0.00 | |
| | | Subtotal | 18,117.62 | 1,283,991.73 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 18,117.62 | 1,283,991.73 | |

Page Subtotals                    0.00              23,993.10

Ver: 20.00c

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 24)*

FORM 2

Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-32493  -PSH | |
| Case Name: | VAN DER MOLEN, EDWARD | |
| | VAN DER MOLEN, DEBORAH | |
| Taxpayer ID No: | *******0609 | |
| For Period Ending: | 07/25/17 | |

| | | |
|---|---|---|
| Trustee Name: | GINA B. KROL | |
| Bank Name: | BANK OF AMERICA, N.A. | |
| Account Number / CD #: | *******9857  Money Market Account (Interest Earn | |
| Blanket Bond (per case limit): | $  5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/12/09 | 10 | Springer, Brown, Covey, Gaertner & Davis LLC Client Trust Account 400 S. County Farm Rd., Suite 330 Wheaton, IL  60187 | Proceeds of sale 66% Bear Country | 1129-000 | 25,000.00 | | 25,000.00 |
| 06/12/09 | 2 | Edward & Deborah Vandermolen | | 1129-000 | 28,746.70 | | 53,746.70 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 0.95 | | 53,747.65 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.28 | | 53,749.93 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.28 | | 53,752.21 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.21 | | 53,754.42 |
| 10/13/09 | 2 | Van Der Molen | Balance in Bank of Mauston Acct | 1229-000 | 306.98 | | 54,061.40 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.29 | | 54,063.69 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.23 | | 54,065.92 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.30 | | 54,068.22 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.29 | | 54,070.51 |
| 02/09/10 | 000301 | International Sureties Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | BOND BOND | 2300-000 | | 40.13 | 54,030.38 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.07 | | 54,032.45 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.30 | | 54,034.75 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.22 | | 54,036.97 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.29 | | 54,039.26 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.22 | | 54,041.48 |
| 07/06/10 | 13 | Great Lakes Scrip Center, LLC 2111 44th Street SE Grand Rapids, MI 49508 | Sale of Great Lakes Scrip interest | 1129-000 | 500,000.00 | | 554,041.48 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 24.88 | | 554,066.36 |

|  | Page Subtotals | 554,106.49 | 40.13 |
|---|---|---|---|

Ver: 20.00c

FORM 2

Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-32493 -PSH | |
| Case Name: | VAN DER MOLEN, EDWARD | |
| | VAN DER MOLEN, DEBORAH | |
| Taxpayer ID No: | *******0609 | |
| For Period Ending: | 07/25/17 | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9857  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/10/10 | 22 | Otis & Shirley Crisp<br>60 Harbor Dr.<br>Chocowinity, NC 27817 | Sale of Twin Lakes Master | 1129-000 | 300.00 | | 554,366.36 |
| 08/10/10 | 22 | Twin Lakes Master, LLC<br>380 S. Schmale Rd.<br>Suite 100<br>Carol Stream, IL 60188 | Sale of Twin Lakes Master | 1129-000 | 1,200.00 | | 555,566.36 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 33.00 | | 555,599.36 |
| 09/09/10 | 39 | Great Lakes Scrip Center, LLC<br>2111 44th Street SE<br>Grand Rapids, MI  49508 | 2010 dividend | 1229-000 | 13,914.45 | | 569,513.81 |
| 09/14/10 | 18 | Hayden & Elizabeth Green<br>522 N. Batavia Ave.<br>Batavia, IL 60510 | Sale of Thornhill Center | 1129-000 | 7,000.00 | | 576,513.81 |
| 09/14/10 | 20 | Jeffrey Van Der Molen<br>PO Box 109<br>Montgomery, IL 60538 | Sale of Vandermolen Prop Ptnshp | 1129-000 | 41,000.00 | | 617,513.81 |
| 09/16/10 | 000302 | Miller Advertising  Agency, Inc.<br>71 Fifth Ave.<br>New York, NY  10003 | Advertising<br>Invoice #'s 699000-077 & 699001-077 | 2500-000 | | 6,182.40 | 611,331.41 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 33.60 | | 611,365.01 |
| 09/30/10 | 000303 | Northgate Holdings LLC<br>c/o Scott & Kraus<br>150 S. Wacker Drive<br>Suite 60606 | Lien Payoff | 4210-000 | | 72,052.52 | 539,312.49 |
| 10/05/10 | 000304 | Northgate Holdings<br>c/o Scott & Kraus LLC<br>150 S. Wacker Drive<br>Suite 2900<br>Chicago, IL 60606 | Attorneys Fees on Secured Claim | 4210-000 | | 10,756.00 | 528,556.49 |

Page Subtotals                63,481.05        88,990.92

Ver: 20.00c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 26)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   7

Exhibit 9

| Case No: | 08-32493  -PSH | | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | VAN DER MOLEN, EDWARD | | | Bank Name: | BANK OF AMERICA, N.A. |
| | VAN DER MOLEN, DEBORAH | | | Account Number / CD #: | *******9857  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0609 | | | | |
| For Period Ending: | 07/25/17 | | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 32.37 | | 528,588.86 |
| * 11/09/10 | | Hannay Reels, Inc. | Note Receivable Due Debtor | 1121-003 | 192,000.00 | | 720,588.86 |
| | | 553 State Route 143 | | | | | |
| | | Westerlo, NY  12193-0159 | | | | | |
| * 11/09/10 | | Hannay Reels, Inc. | VOID | 1121-003 | -192,000.00 | | 528,588.86 |
| | | 553 State Route 143 | Deposit entered for wrong amount. | | | | |
| | | Westerlo, NY  12193-0159 | | | | | |
| 11/09/10 | 27 | Hannay Reels, Inc. | Payment of Note Receivable | 1121-000 | 192,500.00 | | 721,088.86 |
| | | 553 State Route 143 | | | | | |
| | | Westerlo, NY  12193-0159 | | | | | |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 36.31 | | 721,125.17 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 42.87 | | 721,168.04 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 42.87 | | 721,210.91 |
| 02/07/11 | 000305 | International Sureties Ltd. | BOND | 2300-000 | | 611.79 | 720,599.12 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 08/29/11 | 000306 | Tri-County Lock & Safe LLP | Change Locks in Warrens, WI | 2420-000 | | 126.60 | 720,472.52 |
| | | 1760 S. Adams St. | | | | | |
| | | HWY 12 & 16 | | | | | |
| | | New Lisbon, WI 53950 | | | | | |
| 10/26/11 | | Black River Country Abstract Company | Proceeds of sale | | 501,169.30 | | 1,221,641.82 |
| | | 208 Main Street | | | | | |
| | | Black River Falls, WI  54615 | | | | | |
| | * NOTE * | | Memo Amount:        650,000.00 | 1110-000 | | | |
| | | | * NOTE *  Properties 35, 36, 37 | | | | |
| | | FIRST WEBER GROUP | Memo Amount:     (     52,000.00 ) | 3510-000 | | | |
| | | | r/e commissions | | | | |

| | | | | | Page Subtotals | 693,823.72 | 738.39 | |

Ver: 20.00c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 8

Exhibit 9

| Case No: | 08-32493 -PSH | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | VAN DER MOLEN, EDWARD | | Bank Name: | BANK OF AMERICA, N.A. |
| | VAN DER MOLEN, DEBORAH | | Account Number / CD #: | *******9857 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0609 | | | |
| For Period Ending: | 07/25/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | MONROE COUNTY TREASURER | Memo Amount: ( 68,216.57 ) | 4700-000 | | | |
| | | | R/E Taxes- Delinquent | | | | |
| | | BUYER CREDIT | Memo Amount: 18,595.34 ) | 2820-000 | | | |
| | | | R/E Taxes - Current | | | | |
| | | | Memo Amount: 4,090.00 ) | 2500-000 | | | |
| | | | Title, Recording & Transfer Fees | | | | |
| | | RICHARD ALEXANDER | Memo Amount: ( 5,928.79 ) | 4120-000 | | | |
| | | | Judgment Lien Payoff | | | | |
| 02/06/12 | 000307 | International Sureties | BOND | 2300-000 | | 1,102.20 | 1,220,539.62 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 06/06/12 | 41 | First Clearing LLC | Wachovia Securities Asset #41 | 1229-000 | 44,834.49 | | 1,265,374.11 |
| | | One North Jefferson | | | | | |
| | | St. Louis, MO  63103 | | | | | |
| 07/02/12 | 36 | Village of Warrens | Sale of R/E Order #385 | 1110-000 | 500.00 | | 1,265,874.11 |
| | | PO Box 97 | | | | | |
| | | Warrens, WI  54666 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 1,265,874.11 | 0.00 |

|  | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 650,000.00 | COLUMN TOTALS | | 1,356,745.75 | 1,356,745.75 | 0.00 |
| Memo Allocation Disbursements: | 148,830.70 | Less: Bank Transfers/CD's | | 0.00 | 1,265,874.11 | |
| | | Subtotal | | 1,356,745.75 | 90,871.64 | |
| Memo Allocation Net: | 501,169.30 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 1,356,745.75 | 90,871.64 | |

| | | | | NET | ACCOUNT |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 650,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 148,830.70 | Checking Account - *******0170 | 18,117.62 | 1,283,991.73 | 0.00 |
| | | Money Market Account (Interest Earn - *******9857 | 1,356,745.75 | 90,871.64 | 0.00 |
| Total Memo Allocation Net: | 501,169.30 | | | | |
| | | Page Subtotals | 45,334.49 | 1,266,976.31 | |

Ver: 20.00c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 28)*

FORM 2    Page:    9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**    Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-32493  -PSH | |
| Case Name: | VAN DER MOLEN, EDWARD | |
| | VAN DER MOLEN, DEBORAH | |
| Taxpayer ID No: | *******0609 | |
| For Period Ending: | 07/25/17 | |

Trustee Name:    GINA B. KROL
Bank Name:    BANK OF AMERICA, N.A.
Account Number / CD #:    *******9857  Money Market Account (Interest Earn

Blanket Bond (per case limit):    $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | 1,374,863.37 | 1,374,863.37 | 0.00 |
| | | | | | ============== | ============== | ============== |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 20.00c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 29)*